Tracfone Wireless, Inc.                                                    Doc. 2

1 | Megan L. Wagner (California Bar No. 130752)
2 | *megan@kohutlaw.com*
  | Sarah K. Kohut (California Bar No. 197655)
3 | *sarah@kohutlaw.com*
4 | KOHUT & KOHUT, LLP
  | 600 Anton Blvd., Suite 1075
5 | Costa Mesa, California 92626
6 | Telephone: (714) 384-4130; Facsimile:(714) 384-4131
7 | James B. Baldinger (Florida Bar No. 869899)
  | *jbaldinger@carltonfields.com*
8 | (admission *pro hac vice* pending)
9 | Maria Montenegro (Florida Bar No. 996084)
  | *mmontenegro@carltonfields.com*
10 | (admission *pro hac vice* pending)
11 | CARLTON FIELDS, P.A.
   | 222 Lakeview Ave., Suite 1400, P.O. Box 150
12 | West Palm Beach, FL 33402-0150
13 | Telephone: (561) 659-7070; Facsimile:(561) 659-7368
14 | *Attorneys for TracFone Wireless, Inc.*

FILED 2008 MAR 20 PM 1:52

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| TRACFONE WIRELESS, INC., a Delaware Corporation, | ) Case No. **CV08-01877 GHK (FMOx)** |
|---|---|
| Plaintiff, | ) |
| v. | ) **PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS** |
| CALIFORNIA PRODUCTS INTERNATIONAL, INC., a California Corporation, d/b/a FASHION JEANS EXPORTS and d/b/a CPI COMPUTERS & ELECTRONICS; MOHAMAD ALI KHALIL; KASEM MOHAMAD HARKOUS; and DOES 1-10, | ) **(Local Rule 7.1-1)** |
| Defendants. | ) |

---

PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS
1

Dockets.Justia.com

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to Rule 7.1-1 of the Local Rules of the United States District Court, Central District of California, the undersigned, counsel of record for TracFone Wireless, Inc., certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Tracfone Wireless, Inc. (Plaintiff);
2. Sercotel, S.A. de C.V. (owns 10% or more of TracFone's stock); and
3. America Movil, S.A. de C.V. (owns 10% or more of TracFone's stock).

DATED: March 19, 2008                    KOHUT & KOHUT, LLP

By: _____
Megan L. Wagner
Sarah K. Kohut

James B. Baldinger, Trial Counsel
Florida Bar Number 869899
(admission *pro hac vice* pending)
Maria Montenegro
Florida Bar Number 996084
(admission *pro hac vice* pending)
CARLTON FIELDS, P.A.
P.O. Box 150
West Palm Beach, FL 33402-0150
Telephone: (561) 659-7070
Facsimile: (561) 659-7368
Email: jbaldinger@carltonfields.com
mmontenegro@carltonfields.com

*Attorneys for TracFone Wireless, Inc.*

---