AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _Western Division_ on the following ☐ Patents or ☒ Trademarks:

| DOCKET NO.<br>CV08-01877 GHK (FMOx) | DATE FILED | U.S. DISTRICT COURT<br>Western Division |
|---|---|---|
| PLAINTIFF<br>Tracfone Wireless, Inc. | | DEFENDANT<br>California Products International, Inc., a California Corporation, d/b/a Fashion Jeans Exports and d/b/a CPI Computers & Electronics; Mohamad Ali Khalil; Kasem |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 2,114,692 | 11/18/1997 | Tracfone Wireless, Inc. |
| 2 | 2,761,017 | 9/9/2003 | Tracfone Wireless, Inc. |
| 3 | 3,224,929 | 4/3/2007 | Tracfone Wireless, Inc. |
| 4 | 3,222,623 | 3/27/2007 | Tracfone Wireless, Inc. |
| 5 | | | Continued on attached Exhibit "A" |

FILED 2008 MAR 20 PM 1:51

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | | |
|---|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy

Dockets.Justia.com

# EXHIBIT A TO FORM AO 120

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 5. 3,118,250 | 7/18/2006 | TracFone Wireless, Inc. |
| 6. 3,255,754 | 6/26/2007 | TracFone Wireless, Inc. |
| 7. 3,253,506 | 6/19/2007 | TracFone Wireless, Inc. |
| 8. 3,251,389 | 6/12/2007 | TracFone Wireless, Inc. |