Name and address
Maria Montenegro (FBN 996084)
Carlton Fields, P.A.
100 S.E. Second Street, Suite 4000
Miami, FL 33131
Phone: (305) 530-0050; Facsimile: (305) 530-0055
Email: mmontenegro@caroltonfields.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Lodged Order

| TRACFONE WIRELESS, INC., a Delaware Corporation, Plaintiff(s) | CASE NUMBER CV08-01877 GHK (FMOx) |
|---|---|
| v. CALIFORNIA PRODUCTS INTERNATIONAL, INC., et al. Defendant(s). | APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

FILED 2008 MAR 20

NOTICE: Effective June 1, 2004, the fee for *Pro Hac Vice* Appearance is $185.00 for **each case** application. Please submit the fee with your application. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required.

I, _____Maria Montenegro_____, hereby apply to the Court under Local Rule 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☑ Plaintiff ☐ Defendant: _____Tracfone Wireless, Inc._____ by whom I have been retained.

My *out-of-state* business information is as follows:

Carlton Fields, P.A.
*Firm Name*

100 S.E. Second Street, Suite 4000
*Street Address*

Miami, Florida 33131           mmontenegro@carltonfields.com
*City, State, Zip*                  *E-Mail Address*

(305) 530-0050                 (305) 530-0055
*Telephone Number*              *Fax Number*

I am a member in good standing and eligible to practice before the following courts:

| Title of Court | Date of Admission |
|---|---|
| All Florida State Courts | 1/22/94 |
| U.S. District Court, Southern District of Florida | 9/9/94 |
| U.S. District Court, Middle District of Florida | 4/20/99 |
| Eleventh Circuit Court of Appeals | |

I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of California. I am not currently suspended or disbarred in any court.

PAID MAR 20 2008
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

G-64 (01/08)  APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE  PAGE 1 of 2

Dockets.Justia.com

I have concurrently, or within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions:

| Case Number | Ttitle of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| ED CV 07-01355 | Tracfone Wireless v. Haifa | 10/16/07 | Granted |
| SACV 07-1460 AG | Tracfone Wireless v. Platform | 12/21/07 | Granted |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate _____Sarah K. Kohut_____ as local counsel, whose business information is as follows:

Kohut & Kohut, LLP
*Firm Name*
600 Anton Blvd., Suite 1075
*Street Address*
Costa Mesa, CA 92626                    sarah@kohutlaw.com
*City, State, Zip*                              *E-Mail Address*
(714) 384-4130                                (714) 384-4131
*Telephone Number*                        *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence.

Dated   March 18, 2008

Maria Montenegro
*Applicant's Name (please print)*

*Applicant's Signature*

I hereby consent to the foregoing designation as local counsel.

Dated   March 18, 2008

Sarah K. Kohut
*Designee's Name (please print)*

*Designee's Signature*

197655
*Designee's California State Bar Number*

**NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.**

I have concurrently, or within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions:

| Case Number | Ttitle of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| ED CV 07-01355 | Tracfone Wireless v. Haifa | 10/16/07 | Granted |
| SACV 07-1460 AG | Tracfone Wireless v. Platform | 12/21/07 | Granted |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate _____ Sarah K. Kohut _____ as local counsel, whose business information is as follows:

Kohut & Kohut, LLP
*Firm Name*
600 Anton Blvd., Suite 1075
*Street Address*
Costa Mesa, CA 92626                    sarah@kohutlaw.com
*City, State, Zip*                       *E-Mail Address*
(714) 384-4130                          (714) 384-4131
*Telephone Number*                       *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence.

Dated  March 18, 2008                   Maria Montenegro
                                        *Applicant's Name (please print)*


                                        *Applicant's Signature*

I hereby consent to the foregoing designation as local counsel.

Dated  March 18, 2008                   Sarah K. Kohut
                                        *Designee's Name (please print)*

                                        *Designee's Signature*
                                        197655
                                        *Designee's California State Bar Number*

**NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.**