James B. Baldinger (FBN 869899)
Carlton Fields, P.A.
222 Lakeview Ave., Suite 1400
P.O. Box 150
West Palm Beach, FL 33401
Phone: (561) 659-7070; Facsimile: (561) 650-8026
Email: jbaldinger@carltonfields.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

*Lodged Order*

| | |
|---|---|
| TRACFONE WIRELESS, INC., a Delaware Corporation,<br><br>Plaintiff(s)<br><br>v.<br><br>CALIFORNIA PRODUCTS INTERNATIONAL, INC., et al.<br><br>Defendant(s). | CASE NUMBER<br><br>**CV08-01877 GHK (FMOx)**<br><br>APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

**NOTICE:** Effective June 1, 2004, the fee for *Pro Hac Vice* Appearance is $185.00 for **each case application.** Please submit the fee with your application. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required.

I, _____James B. Baldinger_____ , hereby apply to the Court under Local Rule 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☑ Plaintiff ☐ Defendant:
_____Tracfone Wireless, Inc._____ by whom I have been retained.

My *out-of-state* business information is as follows:

Carlton Fields
*Firm Name*
222 Lakeview Ave., Suite 1400; P.O. Box 150
*Street Address*

| | |
|---|---|
| West Palm Beach, FL 33401 | jbaldinger@carltonfields.com |
| *City, State, Zip* | *E-Mail Address* |
| (561) 659-7070 | (561) 659-7368 |
| *Telephone Number* | *Fax Number* |

I am a member in good standing and eligible to practice before the following courts:

| Title of Court | Date of Admission |
|---|---|
| All Florida State Courts | 1/22/94 |
| Eleventh Circuit Court of Appeals | 12/26/91 |
| U.S. District Court, Southern District of Florida | 5/13/94 |
| U.S. District Court, Middle District of Florida | 2/25/05 |
| U.S. District Court, Northern District of Texas | 11/21/07 |

I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of California. I am not currently suspended or disbarred in any court.

PAID
MAR 2 0 2008
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
By_____Deputy

Dockets.Justia.com

I have concurrently, or within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions:

| Case Number | Ttitle of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| ED CV 07-01355 | Tracfone Wireless v. Haifa | 10/16/07 | Granted |
| SACV 07-1460 AG | Tracfone Wireless v. Platform | 12/21/07 | Granted |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate _____ Sarah K. Kohut _____ as local counsel, whose business information is as follows:

Kohut & Kohut
*Firm Name*
600 Anton Blvd., Suite 1075
*Street Address*

| Costa Mesa, CA 92626 | sarah@kohutlaw.com |
|---|---|
| *City, State, Zip* | *E-Mail Address* |
| (714) 384-4130 | (714) 384-4131 |
| *Telephone Number* | *Fax Number* |

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence.

Dated   March 18, 2008

James B. Baldinger
*Applicant's Name (please print)*

*Applicant's Signature*

I hereby consent to the foregoing designation as local counsel.

Dated   March 18, 2008

Sarah K. Kohut
*Designee's Name (please print)*

_____
*Designee's Signature*

197655
*Designee's California State Bar Number*

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-**64** ORDER) ALONG WITH THIS APPLICATION.

I have concurrently, or within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions:

| Case Number | Title of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| ED CV 07-01355 | Tracfone Wireless v. Haifa | 10/16/07 | Granted |
| SACV 07-1460 AG | Tracfone Wireless v. Platform | 12/21/07 | Granted |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate _____ Sarah K. Kohut _____ as local counsel, whose business information is as follows:

Kohut & Kohut
*Firm Name*
600 Anton Blvd., Suite 1075
*Street Address*

Costa Mesa, CA 92626
*City, State, Zip*
(714) 384-4130
*Telephone Number*

sarah@kohutlaw.com
*E-Mail Address*
(714) 384-4131
*Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence.

Dated March 18, 2008

James B. Baldinger
*Applicant's Name (please print)*


*Applicant's Signature*

I hereby consent to the foregoing designation as local counsel.

Dated March 18, 2008

Sarah K. Kohut
*Designee's Name (please print)*


*Designee's Signature*

197655
*Designee's California State Bar Number*

**NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.**