| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): <br> Sarah K. Kohut, Esq. <br> KOHUT & KOHUT LLP <br> 600 Anton Boulevard, Suite 1075 <br> COSTA MESA CA 92626 <br> ATTORNEY FOR (Name): PLAINTIFF | TELEPHONE NO.: <br> (714) 384-4130 <br><br> Ref. No. or File No.: <br> 135.04 | FOR COURT USE ONLY |
|---|---|---|

Insert name of court and name of judicial district and branch court if any:
UNITED STATES DISTRICT COURT CENTRAL DISTRICT, CALIFORNIA

PLAINTIFF: TRACFONE v. CALIFORNIA PRODUCTS INT'L.
DEFENDANT:

| PROOF OF SERVICE SUMMONS IN A CIVIL CASE | HEARING DATE: | HEARING TIME: | DEPT./DIV.: | CASE NUMBER: <br> CV08-1877 GHK FMOx |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action, and **I served copies** of the (specify documents):
   See Attached List of Documents To Be Served

2. By delivery at :
   a. Address, City, State
   7182 LUXOR STREET, DOWNEY, CALIFORNIA 90241

3. On (date and time)
   (a) on (date): 3/26/2008     (b) at (time): 8:22 pm

4. In the COUNTY OF Los Angeles, STATE OF CALIFORNIA, on the within named entity:
   Name of Business: CALIFORNIA PRODUCTS INTERNATIONAL, INC. a California Corporation, d/b/a FASHION JEANS EXPORTS and d/b/a CPI COMPUTERS & ELECTRONICS

5. By delivering to and leaving with (name of person served with documents on behalf of business, who was authorized to accept service:
   Name and Title or Description: Mohamad Khalil, Authorized Agent for Service of Process

6. Copies of the documents listed under 1, above, were mailed to the party named under 4 in a sealed envelope, by first-class mail, postage prepaid, as follows:
   Name:
   Address:

7. Person serving (name, address and telephone No.):
   KEN NIELSEN
   O.C. CORPORATE COURIER, INC
   18103 SKYPARK S. STE. B
   IRVINE, CA 92614
   949-474-9000

   a. Fee for service: $25.00
   b. [ ] Not a registered California process server.
   c. [ ] Exempt from registration under B&P § 22350(b).
   d. [X] Registered California process server.
       (1) [X] Employee or independent contractor
       (2) Registration No.: 1890/ORANGE
       (3) County

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 3/27/2008

_____
(SIGNATURE)

PROOF OF SERVICE    FONE v. CALIFORNIA PRODUCTS INT'L.
SUMMONS IN A CIVIL CASE

Documents To Be Served

Summons
Complaint
Civil Case Cover Sheet
Certificate Of Interested Parties
Application For Non Resident Atty To Appear In A Specific Case (JB)
Order On App For Non Resident Atty To Appear In A Specific Case (JB)
Application For Non Resident Atty To Appear In A Specific Case (MM)
Order On App For Non Resident Atty To Appear In A Specific Case (MM)
Report On The Filing Or Determination Of An Action Re A Patent Or Trademark
Report On The Filing Or Determination Of An Action Or Appeal re A Copyright
Notice of Assignment to US Magistrate Judge
Notice To Counsel
Mandatory Civil & Criminal Electronic Filing
Clerk Services Pamphlet
Optical Scanning Enrollment Form
US Discrict Ct. Guidelines