| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*:<br>Sarah K. Kohut, Esq.<br>KOHUT & KOHUT LLP<br>600 Anton Boulevard, Suite 1075<br>COSTA MESA CA 92626<br>ATTORNEY FOR *(Name)*: PLAINTIFF | TELEPHONE NO.:<br>(714) 384-4130<br><br>Ref. No. or File No.:<br>135.04 | FOR COURT USE ONLY |
|---|---|---|

Insert name of court and name of judicial district and branch court if any:

UNITED STATES DISTRICT COURT CENTRAL DISTRICT, CALIFORNIA

PLAINTIFF:     TRACFONE v. CALIFORNIA PRODUCTS INT'L.
DEFENDANT:

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | HEARING DATE: | HEARING TIME: | DEPT./DIV.: | CASE NUMBER:<br>CV08-1877 GHK FMOx |
|---|---|---|---|---|

## PERSONAL SERVICE

**Instruction:** *After having the other party served with a copy of the document identified in item 1, attach a completed Proof of Service to the original or to a true copy of the original and give it to the clerk for filing. Neither the plaintiff nor the defendant can serve these papers.*

See Attached List of Document To Be Served

2. Person served *(name)* :
   MOHAMAD ALI KHALIL

3. By personally delivering copies to the person served, as follows:

   (1) Date: 3/26/2008    (2) Time: 8:22 pm

   (3) Address: 7182 LUXOR STREET, DOWNEY, CALIFORNIA  90241

4. At the time of service I was at least 18 years of age and **not a party to this cause.**

5. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

6. Fee for Service: $185.00

| O.C. CORPORATE COURIER, INC<br>18103 SKYPARK S. STE. B<br>IRVINE, CA 92614<br>949-474-9000 | [ ] Exempt from registration under B&P 22350(b).<br>[X] Registered California process server.<br>[X] Employee or independent contractor<br>     (2) Registration No.: 1890/ORANGE<br>     (3) County |
|---|---|

16681

Date: 3/27/2008

KEN NIELSEN                                                      *(signature)*
--------------------------------------------
(TYPE OR PRINT NAME)                                              (SIGNATURE)

PROOF OF SERVICE             TRACFONE v. CALIFORNIA PRODUCTS
SUMMONS IN A CIVIL CASE                                 INT'L.

Documents To Be Served

Summons
Complaint
Civil Case Cover Sheet
Certificate Of Interested Parties
Application For Non Resident Atty To Appear In A Specific Case (JB)
Order On App For Non Resident Atty To Appear In A Specific Case (JB)
Application For Non Resident Atty To Appear In A Specific Case (MM)
Order On App For Non Resident Atty To Appear In A Specific Case (MM)
Report On The Filing Or Determination Of An Action Re A Patent Or Trademark
Report On The Filing Or Determination Of An Action Or Appeal re A Copyright
Notice of Assignment to US Magistrate Judge
Notice To Counsel
Mandatory Civil & Criminal Electronic Filing
Clerk Services Pamphlet
Optical Scanning Enrollment Form
US Discrict Ct. Guidelines