| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: <br> Sarah K. Kohut, Esq. <br> KOHUT & KOHUT LLP <br> 600 Anton Boulevard, Suite 1075 <br> COSTA MESA CA 92626 <br> ATTORNEY FOR *(Name)*: PLAINTIFF | TELEPHONE NO.: <br> (714) 384-4130 <br><br> Ref. No. or File No.: <br> 135.04 | FOR COURT USE ONLY |
|---|---|---|
| Insert name of court and name of judicial district and branch court if any: <br> UNITED STATES DISTRICT COURT CENTRAL DISTRICT, CALIFORNIA | | |
| PLAINTIFF:      TRACFONE v. CALIFORNIA PRODUCTS INT'L. <br> DEFENDANT: | | |
| **PROOF OF SERVICE** <br> **SUMMONS IN A CIVIL CASE** | HEARING DATE:    HEARING TIME:    DEPT./DIV.: | CASE NUMBER: <br> CV08-1877 GHK FMOx |

1. At the time of service I was at least 18 years of age and not a party to this action, and **I served copies** of the *(specify documents)*:
   See Attached List of Document To Be Served

2. By delivery at :
   a. Address, City, State
   7182 LUXOR STREET, DOWNEY, CALIFORNIA 90241

3. On *(date and time)*

   (a) on *(date)*: 3/26/2008      (b) at *(time)*: 8:22 PM

4. In the COUNTY OF Los Angeles, STATE OF CALIFORNIA, on the within named entity:

   Name of Business: KASEM MOHAMAD HARKOUS

5. By delivering to and leaving with (name of person served with documents on behalf of business, who was authorized to accept service:

   Name and Title or Description: MOHAMAD KHALIL, COMPETENT MEMBER OF HOUSEHOLD OVER 18 YEARS OF AGE

6. Copies of the documents listed under 1, above, were mailed to the party named under 4 in a sealed envelope, by first-class mail, postage prepaid, as follows:

   Name: KASEM MOHAMAD HARKOUS

   Address: 7182 LUXOR STREET, DOWNEY, CALIFORNIA 90241

7. Person serving *(name, address and telephone No.)*:
   KEN NIELSEN
   O.C. CORPORATE COURIER, INC
   18103 SKYPARK S. STE. B
   IRVINE, CA 92614
   949-474-9000

   a. Fee for service: $110.00
   b. [ ] Not a registered California process server.
   c. [ ] Exempt from registration under B&P § 22350(b).
   d. [X] Registered California process server.
       (1) [X] Employee or independent contractor
       (2) Registration No.: 1890/ORANGE
       (3) County

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 3/27/2008

_____
(SIGNATURE)

PROOF OF SERVICE    FONE v. CALIFORNIA PRODUCTS INT'L.
SUMMONS IN A CIVIL CASE

# DECLARATION OF DUE DILIGENCE

**COURT:** UNITED STATES DISTRICT COURT CENTRAL DISTRICT, CALIFORNIA
**CASE NO:** CV08-1877 GHK FMOx
**TITLE:** TRACFONE v. CALIFORNIA PRODUCTS INT'L.

ON (Date) __3/24/2008__ I received the papers specified on the attached proof of service.
After careful INQUIRY and DUE DILIGENCE, I have been unable to effect
personal service thereof, within the meaning of CCP 415.10 on

**NAME:** KASEM MOHAMAD HARKOUS

In lieu of personal delivery, a copy of the specified papers were

**SERVED AT:** ____RESIDENCE ____BUSINESS ____PLACE OF MAILING(no known res.)
                ____NO KNOWN RESIDENCE ____NO KNOWN BUSINESS

**ADDRESS:** 7182 LUXOR STREET, DOWNEY, CALIFORNIA 90241

## ATTEMPTS

| # | LOC./DATE | | TIME | RESPONSE |
|---|---|---|---|---|
| 1. | 3/24/08 | RES | 7:40 pm | 5057 1/2 CECILIA STREET, CUDAHY: subject unknown here per current resident, Juan Carlos Juiez, verified by ID |
| 2. | 3/25/08 | BUS | 1:55 pm | 10420 PIONEER BOULEVARD, SANTA FE SPRINGS: subject unknown at this business |
| 3. | 3/26/08 | ALT | 8:22 pm | 7182 LUXOR STREET, DOWNEY: service accepted by Mohamad Khalil |

ON __3/26/2008__ AT __8:22 PM__ I left the papers specified on the attached proof of service with
MOHAMAD KHALIL

    and ____ the person in charge of Business over the age of 18.
          __X__ a competent member of the household over the age of 18 at the Home.

At the time of above attempts and later substituted service, I was over the age of 18 years and not a party to this action. I, the undersigned, declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

Date: __3/27/2008__    Fee: $110.00

O.C. CORPORATE COURIER, INC
18103 SKYPARK S. STE. B
IRVINE, CA 92614
949-474-9000

16682

Signature

KEN NIELSEN

Name & Reg. No 1890/ORANGE

Documents To Be Served

Summons
Complaint
Civil Case Cover Sheet
Certificate Of Interested Parties
Application For Non Resident Atty To Appear In A Specific Case (JB)
Order On App For Non Resident Atty To Appear In A Specific Case (JB)
Application For Non Resident Atty To Appear In A Specific Case (MM)
Order On App For Non Resident Atty To Appear In A Specific Case (MM)
Report On The Filing Or Determination Of An Action Re A Patent Or Trademark
Report On The Filing Or Determination Of An Action Or Appeal re A Copyright
Notice of Assignment to US Magistrate Judge
Notice To Counsel
Mandatory Civil & Criminal Electronic Filing
Clerk Services Pamphlet
Optical Scanning Enrollment Form
US Discrict Ct. Guidelines