Sarah K. Kohut, Esq. (SBN 197655)
Kohut & Kohut, LLP
600 Anton Blvd., Suite 1075
Costa Mesa, CA 92626
(714) 384-4130; Fax (714) 384-4131
sarah@kohutlaw.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| TRACFONE WIRELESS | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV08-1877 GHK (FMOx) |
| v. | |
| CALIFORNIA PRODUCTS INTERNATIONAL, et al. | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
Original Summons

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

☑ Other  Original Summons

**Reason:**

☐ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☑ Manual Filing required (*reason*):
Original Summons

March 31, 2008                                    Sarah K. Kohut
Date                                             Attorney Name

                                                 Plaintiff, TRACFONE WIRELESS
                                                 Party Represented

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (02/08)                          NOTICE OF MANUAL FILING