James B. Baldinger (FBN 869890)
Carlton Fields, P.A.
222 Lakeview Ave., Suite 1400
P.O. Box 150
West Palm Beach, FL 33401
Phone: (561) 659-7070; (561) 650-8026

FILED
CLERK, U.S. DISTRICT COURT
MAR 31 2008
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

TRACFONE WIRELESS, INC. a Delaware Corporation

Plaintiff(s)

v.

CALIFORNIA PRODUCTS INTERNATIONAL, INC., et al.

Defendant(s).

CASE NUMBER

CV08-01877 GHK (FMOx)

ORDER ON
APPLICATION OF NON-RESIDENT ATTORNEY
TO APPEAR IN A SPECIFIC CASE

LODGED 2008 MAR 20 PM 2:01 U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. SANTA ANA

The Court, having reviewed the accompanying Application of  James B. Baldinger ,
*Applicant's Name*

of  Carolton Fields, P.A. 
*Firm Name / Address*

(561) 659-7070                           jbaldinger@carltonfields.com
*Telephone Number*                       *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of  ☒ Plaintiff    ☐ Defendant

Tracfone Wireless, Inc.

and the designation of  Sarah K. Kohut (197655) 
*Local Counsel Designee /State Bar Number*

of  Kohut & Kohut, LLP 600 Anton Blvd., Suite 1075 
*Local Counsel Firm / Address*

(714) 384-4130                           sarah@kohutlaw.com
*Telephone Number*                       *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☒ GRANTED

☐ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated 3/28/08

_____
U. S. District Judge/U.S. Magistrate Judge

G-64 ORDER (01/08)   ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE

Dockets.Justia.com