Maria Montenegro (FBN 996084)
Carlton Fields, P.A.
100 S.E. Second Street, Suite 4000
Miami, FL 33131
Phone: (305) 530-0050; Facsimile: (305) 530-0055
Email: mmontenegro@carltonfields.com

FILED
CLERK, U.S. DISTRICT COURT
MAR 31 2008
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACFONE WIRELESS, INC., a Delaware Corporation<br><br>Plaintiff(s)<br><br>v.<br><br>CALIFORNIA PRODUCTS INTERNATIONAL, INC., et al.<br><br>Defendant(s). | CASE NUMBER<br><br>**CV08-01877 GHK (FMOx)**<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

LODGED 2008 MAR 20 PM 2:00 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. SANTA ANA

The Court, having reviewed the accompanying Application of  **Maria Montenegro**,
                                                                                                     *Applicant's Name*

of **Carlton Fields, P.A.**
   *Firm Name / Address*

**(305) 530-0050**                                    **mmontenegro@caroltonfields.com**
*Telephone Number*                                    *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☑ Plaintiff  ☐ Defendant

**Tracfone Wireless, Inc.**

and the designation of **Sarah K. Kohut**
                        *Local Counsel Designee /State Bar Number*

of **Kohut & Kohut, LLP 600 Anton Blvd., Suite 1075 Costa Mesa, CA 92626**
   *Local Counsel Firm / Address*

**(714) 384-4130**                                    **sarah@kohutlaw.com**
*Telephone Number*                                    *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☑ GRANTED

☐ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated **3/28/08**                                      _____
                                                        U. S. District Judge/U.S. Magistrate Judge

---

G-64 ORDER (01/08)    ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE

Dockets.Justia.com