Megan L. Wagner (California Bar No. 130752)
*megan@kohutlaw.com*
Sarah K. Kohut (California Bar No. 197655)
*sarah@kohutlaw.com*
KOHUT & KOHUT, LLP
600 Anton Blvd., Suite 1075
Costa Mesa, California 92626
Telephone: (714) 384-4130; Facsimile:(714) 384-4131

James B. Baldinger (Florida Bar No. 869899)
*jbaldinger@carltonfields.com*
(admission *pro hac vice* pending)
Maria Montenegro (Florida Bar No. 996084)
*mmontenegro@carltonfields.com*
(admission *pro hac vice* pending)
CARLTON FIELDS, P.A.
222 Lakeview Ave., Suite 1400, P.O. Box 150
West Palm Beach, FL 33402-0150
Telephone: (561) 659-7070; Facsimile:(561) 659-7368

*Attorneys for TracFone Wireless, Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TRACFONE WIRELESS, INC., a Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> CALIFORNIA PRODUCTS INTERNATIONAL, INC., a California Corporation, d/b/a FASHION JEANS EXPORTS and d/b/a CPI COMPUTERS & ELECTRONICS; MOHAMAD ALI KHALIL; KASEM MOHAMAD HARKOUS; and DOES 1-10, <br><br> Defendants. | Case No. CV08-1877 GHK (FMOx) <br><br> **FILING OF ORIGINAL SUMMONS** |

FILING OF ORIGINAL SUMMONS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACFONE WIRELESS, INC., a Delaware Corporation<br>PLAINTIFF(S)<br>v.<br>CALIFORNIA PRODUCTS INTERNATIONAL, INC. a California Corporation, d/b/a FASHION JEANS EXPORTS and d/b/a CPI COMPUTERS & ELECTRONICS; MOHAMAD ALI KHALIL; KASEM MOHAMAD HARKOUS; DEFENDANT(S). and DOES 1-10 | CASE NUMBER<br>**CV08-01877 GHK (FMOx)**<br><br>**SUMMONS** |

TO: THE ABOVE-NAMED DEFENDANT(S): _____

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, __Sarah K. Kohut__, whose address is __Kohut & Kohut, LLP; 600 Anton Blvd.; Suite 1075; Costa Mesa, CA 92626__. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MAR 20 2008
Dated: _____

Clerk, U.S. District Court
By: _____
Deputy Clerk
(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*