| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*:<br>Sarah K. Kohut, Esq.<br>KOHUT & KOHUT LLP<br>600 Anton Boulevard, Suite 1075<br>COSTA MESA CA 92626<br>ATTORNEY FOR *(Name)*: PLAINTIFF | TELEPHONE NO.:<br>**(714) 384-4130**<br><br>Ref. No. or File No.:<br>135.04 | FOR COURT USE ONLY |
|---|---|---|

Insert name of court and name of judicial district and branch court if any:
UNITED STATES DISTRICT COURT CENTRAL DISTRICT, CALIFORNIA

PLAINTIFF:   TRACFONE v. CALIFORNIA PRODUCTS INT'L.
DEFENDANT:

| PROOF OF SERVICE<br>EXPEDITED DISCOVERY<br>DOCUMENTS | HEARING DATE: | HEARING TIME: | DEPT./DIV.: | CASE NUMBER:<br>CV08-1877 GHK FMOx |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action, and **I served copies** of the *(specify documents):*
   See Attached List of Expedited Discovery Documents Served

2. By delivery at :
   a. Address, City, State
      7182 LUXOR STREET, DOWNEY, CALIFORNIA  90241

3. On *(date and time)*
   (a) on *(date):* 4/6/2008 (b)at *(time):* 8:00 pm

4. In the COUNTY OF Los Angeles, STATE OF CALIFORNIA, on the within named entity:

   Name of Business:  CALIFORNIA PRODUCTS INTERNATIONAL, INC.

5. By delivering to and leaving with (name of person served with documents on behalf of business, who was authorized to accept service:

   Name and Title or Description: MOHAMAD KHALIL, Agent for Service, c/o Cecilia Khalil, Wife

6. Copies of the documents listed under 1, above, were mailed to the party named under 4 in a sealed envelope, by first-class mail, postage prepaid, as follows:

   Name:  CALIFORNIA PRODUCTS INTERNATIONAL, INC.

   Address: 7182 LUXOR STREET, DOWNEY, CALIFORNIA  90241

7. Person serving *(name, address and telephone No.):*
   Lynna Carazza
   O.C. CORPORATE COURIER, INC
   18103 SKYPARK S. STE. B
   IRVINE, CA 92614
   949-474-9000

   a. **Fee** for service: $25.00
   b. [ ] Not a registered California process server.
   c. [X] Exempt from registration under B&P § 22350(b).
   d. [ ] Registered California process server.
      (1) [X] Employee or independent contractor
      (2) Registration No.:
      (3) County

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date:  4/7/2008                                    _____
                                                              (SIGNATURE)

—————————————————————————————————————————————
**PROOF OF SERVICE**          FONE v. CALIFORNIA PRODUCTS INT'L.
**EXPEDITED DISCOVERY DOCUMENTS**

Dockets.Justia.com

## Documents For Service - Mohamad Ali Khalil (as agent for service of process- CA Products International, Inc.

1) Plaintiff's Ex Parte Application For Expedited Discovery And For Order To Preserve Evidence; Memorandum Of Point's & Authorities;

2) Proposed Order Granting Plaintiff's Ex Parte Application For Expedited Discovery And For Order To Preserve Evidence;

3) Declaration of Jill Garcia In Support Of Plaintiff's Ex Parte Application For Expedited Discovery And For Order To Preserve Evidence;

4) Declaration of Justin Chappell In Support Of Plaintiff's Ex Parte Application For Expedited Discovery And For Order To Preserve Evidence;

5) Declaration of Anita Tourisia In Support Of Plaintiff's Ex Parte Application For Expedited Discovery And For Order To Preserve Evidence;