**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name and Address)*:
Sarah K. Kohut, Esq.
KOHUT & KOHUT LLP
600 Anton Boulevard, Suite 1075
COSTA MESA CA 92626
**ATTORNEY FOR** *(Name)*: PLAINTIFF

**TELEPHONE NO.:** (714) 384-4130
**Ref. No. or File No.:** 135.04

**FOR COURT USE ONLY**

Insert name of court and name of judicial district and branch court if any:
UNITED STATES DISTRICT COURT CENTRAL DISTRICT, CALIFORNIA

**PLAINTIFF:** TRACFONE v. CALIFORNIA PRODUCTS INT'L.
**DEFENDANT:**

**PROOF OF SERVICE EXPEDITED DISCOVERY DOCUMENTS**
HEARING DATE:
HEARING TIME:
DEPT./DIV.:
**CASE NUMBER:** CV08-1877 GHK FMOx

1. At the time of service I was at least 18 years of age and not a party to this action, and **I served copies** of the *(specify documents)*:
   See Attached List of Expedited Discovery Documents Served

2. By delivery at :
   a. Address, City, State
   7182 LUXOR STREET, DOWNEY, CALIFORNIA 90241

3. On *(date and time)*
   (a) on *(date)*: 4/6/2008 (b) at *(time)*: 8:00 PM

4. In the COUNTY OF Los Angeles, STATE OF CALIFORNIA, on the within named entity:
   Name: KASEM MOHAMAD HARKOUS

5. By delivering to and leaving with
   Name and Title or Description: Cecilia Khalil, wife of Co-Occupant/Co-Defendant Mohamad Khalil

6. Copies of the documents listed under 1, above, were mailed to the party named under 4 in a sealed envelope, by first-class mail, postage prepaid, as follows:
   Name: KASEM MOHAMAD HARKOUS
   Address: 7182 LUXOR STREET, DOWNEY, CALIFORNIA 90241

7. Person serving *(name, address and telephone No.)*:
   Lynna Carazza
   O.C. CORPORATE COURIER, INC
   18103 SKYPARK S. STE. B
   IRVINE, CA 92614
   949-474-9000

   a. **Fee for service:** $25.00
   b. [ ] Not a registered California process server.
   c. [X] Exempt from registration under B&P § 22350(b).
   d. [ ] Registered California process server.
      (1) [X] Employee or independent contractor
      (2) Registration No.:
      (3) County

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 4/7/2008

(SIGNATURE)

**PROOF OF SERVICE** FONE v. CALIFORNIA PRODUCTS INT'L.
**EXPEDITED DISCOVERY DOCUMENTS**

## Documents For Service - Kasem Mohamad Harkous

1) Plaintiff's Ex Parte Application For Expedited Discovery And For Order To Preserve Evidence; Memorandum Of Point's & Authorities;

2) Proposed Order Granting Plaintiff's Ex Parte Application For Expedited Discovery And For Order To Preserve Evidence;

3) Declaration of Jill Garcia In Support Of Plaintiff's Ex Parte Application For Expedited Discovery And For Order To Preserve Evidence;

4) Declaration of Justin Chappell In Support Of Plaintiff's Ex Parte Application For Expedited Discovery And For Order To Preserve Evidence;

5) Declaration of Anita Tourisia In Support Of Plaintiff's Ex Parte Application For Expedited Discovery And For Order To Preserve Evidence;