| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): <br> Sarah K. Kohut, Esq. <br> KOHUT & KOHUT LLP <br> 600 Anton Boulevard, Suite 1075 <br> COSTA MESA CA 92626 | TELEPHONE NO.: <br> (714) 384-4130 | FOR COURT USE ONLY |
|---|---|---|
| ATTORNEY FOR (Name): PLAINTIFF | Ref. No. or File No.: <br> 135.04 | |
| Insert name of court and name of judicial district and branch court if any: <br> UNITED STATES DISTRICT COURT CENTRAL DISTRICT, CALIFORNIA | | |
| PLAINTIFF: TRACFONE v. CALIFORNIA PRODUCTS INT'L. | | |
| DEFENDANT: | | |

| PROOF OF SERVICE EXPEDITED DISCOVERY DOCUMENTS | HEARING DATE: | HEARING TIME: | DEPT./DIV.: | CASE NUMBER: <br> CV08-1877 GHK FMOx |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action, and **I served copies** of the (specify documents):
   See Attached List of Expedited Discovery Documents Served

2. By delivery at :
   a. Address, City, State
   7182 LUXOR STREET, DOWNEY, CALIFORNIA 90241

3. On (date and time)
   (a) on (date): 4/6/2008 (b) at (time): 8:00 PM

4. In the COUNTY OF Los Angeles, STATE OF CALIFORNIA, on the within named entity:
   Name       MOHAMAD KHALIL

5. By delivering to and leaving with :
   Name and Title or Description: Cecilia Khalil, Wife

6. Copies of the documents listed under 1, above, were mailed to the party named under 4 in a sealed envelope, by first-class mail, postage prepaid, as follows:
   Name: MOHAMAD KHALIL
   Address: 7182 LUXOR STREET, DOWNEY, CALIFORNIA 90241

7. Person serving (name, address and telephone No.):
   Lynna Carazza
   O.C. CORPORATE COURIER, INC
   18103 SKYPARK S. STE. B
   IRVINE, CA 92614
   949-474-9000

   a. **Fee** for service: $110.00
   b. [ ] Not a registered California process server.
   c. [X] Exempt from registration under B&P § 22350(b).
   d. [ ] Registered California process server.
      (1) [X] Employee or independent contractor
      (2) Registration No.:
      (3) County

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 4/7/2008

_(signature)_ Lynna Carazza

PROOF OF SERVICE    FONE v. CALIFORNIA PRODUCTS INT'L.
EXPEDITED DISCOVERY DOCUMENTS

## Documents For Service - Mohamad Ali Khalil

1) Plaintiff's Ex Parte Application For Expedited Discovery And For Order To Preserve Evidence; Memorandum Of Point's & Authorities;

2) Proposed Order Granting Plaintiff's Ex Parte Application For Expedited Discovery And For Order To Preserve Evidence;

3) Declaration of Jill Garcia In Support Of Plaintiff's Ex Parte Application For Expedited Discovery And For Order To Preserve Evidence;

4) Declaration of Justin Chappell In Support Of Plaintiff's Ex Parte Application For Expedited Discovery And For Order To Preserve Evidence;

5) Declaration of Anita Tourisia In Support Of Plaintiff's Ex Parte Application For Expedited Discovery And For Order To Preserve Evidence;