Tracfone Wireless, Inc.

Doc. 21

Matthew A. Leish (NYBN 2900363)
Carlton Fields, P.A.
* Corporate Center Three at International Plaza
4221W. Boy Scout Blvd, Suite 1000
Tampa, FL 33607-5736
(813) 229-4341 Fax: (813) 229-4133

mleish@carltonfields.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| TRACFONE WIRELESS, INC., a Delaware Corporation<br><br>Plaintiff(s)<br><br>v.<br><br>CALIFORNIA PRODUCTS INTERNATIONAL, et al.<br><br>Defendant(s). | CASE NUMBER<br><br>CV08-0187 SGL (JCRx)<br><br>APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
|---|---|

NOTICE: Effective June 1, 2004, the fee for *Pro Hac Vice* Appearance is $185.00 for **each case** application. Please submit the fee with your application. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required.

I, _____Matthew A. Leish_____ , hereby apply to the Court under Local Rule 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☑ Plaintiff ☐ Defendant: _____TracFone Wireless_____ by whom I have been retained.

My *out-of-state* business information is as follows:

_____Carlton Fields, P.A._____
*Firm Name*
_____4221W. Boy Scout Blvd, Suite 1000_____
*Street Address*

| _____Tampa, FL 33607-5736_____ | _____mleish@carltonfields.com_____ |
| *City, State, Zip* | *E-Mail Address* |
| _____(813) 229-4341_____ | _____(813) 229-4133_____ |
| *Telephone Number* | *Fax Number* |

I am a member in good standing and eligible to practice before the following courts:

| Title of Court | Date of Admission |
|---|---|
| All New York State Courts | 5/98 |
| Southern District Of New York | 7/98 |
| Eastern District Of New York | 10/99 |
| 9th Circuit | 6/01 |

I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of California. I am not currently suspended or disbarred in any court.

* I recently moved to Florida from New York and my application for admission to the Florida bar is pending

G-64 (01/08)    APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE    PAGE 1 of 2

Dockets.Justia.com

I have concurrently, or within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions:

| Case Number | Ttitle of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| SACV08-00382 | Tracfone v. Skycom | 4/9/08 | Granted |
| | | | |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:


I designate _____Sarah K. Kohut_____ as local counsel, whose business information is as follows:

Kohut & Kohut, LLP
*Firm Name*
600 Anton Blvd., Suite 1075
*Street Address*
Costa Mesa, CA 92626                       sarah@kohutlaw.com
*City, State, Zip*                         *E-Mail Address*
(714) 384-4130                             (714) 384-4131
*Telephone Number*                         *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence.

Dated  4/8/08

Matthew Leish
*Applicant's Name (please print)*

*[signature]*
*Applicant's Signature*

I hereby consent to the foregoing designation as local counsel.

Dated _____

Sarah K. Kohut
*Designee's Name (please print)*


*Designee's Signature*

197655
*Designee's California State Bar Number*


**NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.**

I have concurrently, or within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions:

| Case Number | Title of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate _____ Sarah K. Kohut _____ as local counsel, whose business information is as follows:

Kohut & Kohut, LLP
*Firm Name*
600 Anton Blvd., Suite 1075
*Street Address*
Costa Mesa, CA 92626                                sarah@kohutlaw.com
*City, State, Zip*                                     *E-Mail Address*
(714) 384-4130                                       (714) 384-4131
*Telephone Number*                                    *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence.

Dated _____

Matthew Leish
*Applicant's Name (please print)*

_____
*Applicant's Signature*

I hereby consent to the foregoing designation as local counsel.

Dated April 7, 2008

Sarah K. Kohut
*Designee's Name (please print)*

_____
*Designee's Signature*

197655
*Designee's California State Bar Number*

**NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.**