DANIEL V. NIXON (CA SB #132392)
danielnixon@byrnenixon.com
CATHRYNNE D. DALE (CA SB #206513)
catdale@byrnenixon.com
BYRNE & NIXON, LLP
800 West Sixth Street, Suite 430
Los Angeles, California 90017
Tel: (213) 620-8003
Fax: (213) 620-8012

Attorneys for Defendants
CALIFORNIA PRODUCTS INTERNATIONAL INC.
& MOHAMAD ALI KHALIL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACFONE WIRELESS, INC., a Delaware Corporation,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>CALIFORNIA PRODUCTS INTERNATIONAL, INC., a California Corporation, d/b/a FASHION JEANS EXPORTS and d/b/a CPI COMPUTERS & ELECTRONICS; MOHAMAD ALI KHALIL; KASEM MOHAMAD HARKOUS; and DOES 1-10,<br><br>　　　　　Defendants. | CASE NO. CV 08-1877 SGL (JCRx)<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS CALIFORNIA PRODUCTS INTERNATIONAL, INC. AND MOHAMED ALI KHALIL TO RESPOND TO COMPLAINT**<br><br>Dept.: 1<br>Judge: Hon. Stephen G. Larson |

　　　This Stipulation is entered into by and between Plaintiff Tracfone Wireless, Inc. and Defendants California Products International, Inc. and Mohamad Ali Khalil (collectively, "Defendants") by and through their respective counsel.

　　　WHEREAS, on March 18, 2008, Plaintiff filed a Complaint against Defendants;

　　　WHEREAS, on March 26, 2008, Plaintiff served Defendants with a copy of the Summons and Complaint in this action;

---

STIP. TO EXTEND DEADLINE TO RESPOND TO COMPLAINT

Dockets.Justia.com

| | |
|---|---|
| 1 | WHEREAS, Defendants' response to the Complaint would ordinarily be due on |
| 2 | or before April 16, 2008; |
| 3 | WHEREAS, Plainitff has agreed to an extension for Defendants to respond to the |
| 4 | Complaint; |
| 5 | IT IS HEREBY STIPULATED by and between the parties as follows: |
| 6 | 1. Defendants shall have up to and including April 28, 2008, to plead or |
| 7 | otherwise respond to the Complaint. |

**IT IS SO STIPULATED.**

DATED: April 21, 2008           BYRNE & NIXON, LLP

By: [signature] ~~Cathrynne D. Dale~~ Daniel V. Nixon

Attorneys for Defendants
California Products International Inc. &
Mohamad Ali Khalil

DATED: April 21, 2008           CARLTON FIELDS, P.A.

By:_____

Attorneys for Plaintiff
Tracfone Wireless, Inc.

-2-
STIP. TO EXTEND DEADLINE TO RESPOND TO COMPLAINT

WHEREAS, Defendants' response to the Complaint would ordinarily be due on or before April 16, 2008;

WHEREAS, Plainitff has agreed to an extension for Defendants to respond to the Complaint;

IT IS HEREBY STIPULATED by and between the parties as follows:

1. Defendants shall have up to and including April 28, 2008, to plead or otherwise respond to the Complaint.

**IT IS SO STIPULATED.**

DATED: April 21, 2008      BYRNE & NIXON, LLP

By: _____
        Cathrynne D. Dale

Attorneys for Defendants
California Products International Inc. &
Mohamad Ali Khalil

DATED: April 21, 2008      ~~CARLTON FIELDS, P.A.~~ Kohut & Kohut LLP

By: /s/ Megan Wagner
       MEGAN L. WAGNER

Attorneys for Plaintiff
Tracfone Wireless, Inc.

STIP. TO EXTEND DEADLINE TO RESPOND TO COMPLAINT