# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No.   CV 08-1877-SGL (JCRx)                              Date   April 23, 2008

Title   TRACFONE WIRELESS, INC.-v-CALIFORNIA PRODUCTS INTERNATIONAL, et al.

Present: The
Honorable          JOHN RAYBURN, JR., U. S. MAGISTRATE JUDGE

| DEB TAYLOR | CS 4-23-08 | |
| --- | --- | --- |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

Maria Montenegro                               Daniel V. Nixon
Sarah K. Kohut                                 Cathrynne Dale

Proceedings: **TELEPHONIC CONFERENCE RE PLAINTIFF'S EX PARTE APPLICATION TO EXPEDITE DISCOVERY AND FOR ORDER TO PRESERVE EVIDENCE**

Plaintiff Tracfone Wireless, Inc. ("Plaintiff"), has not stated a sufficient basis to justify granting its *Ex Parte* Application For Expedited Discovery And For Order To Preserve Evidence, given the impact the *ex parte* application would have on case management issues. Therefore, the *ex parte* application is DENIED without prejudice.

This Court further recommends that a scheduling or status conference be held before the District Court as soon as practicable to address the discovery issues raised in Plaintiff's *ex parte* application.

0/40

Initials of Preparer    dts

Dockets.Justia.com