| | |
|---|---|
| Matthew A. Leish (NYBN 2900363) <br> Carlton Fields, P.A. <br> Corporate Center Three at International Plaza <br> 4221 W. Boy Scout Blvd., Suite 1000 <br> Tampa, FL 33607-5736 <br> (813) 229-4341 Fax: (813) 229-4133 <br> mleish@carltonfields.com | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACFONE WIRELESS, INC., a Delaware Corporation <br><br> Plaintiff(s) <br> v. <br> CALIFORNIA PRODUCTS INTERNATIONAL, INC., et al. <br><br> Defendant(s). | CASE NUMBER <br> CV 08-01877 SGL (JCRx) <br><br> ORDER ON <br> APPLICATION OF NON-RESIDENT ATTORNEY <br> TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of __Matthew A. Leish__,
*Applicant's Name*

of  Carlton Fields; 4221 W. Boy Scout Blvd., Suite 1000; Tampa, FL 33607-5736

(813) 229-4341                                              mleish@carltonfields.com
*Telephone Number*                                         *Email Address*

for permission to appear and participate in the above-entitled action on behalf of  ☐ Plaintiff    ☐ Defendant
Tracfone Wireless, Inc.

and the designation of    Sarah K. Kohut/197655

of  Kohut & Kohut, LLP; 600 Anton Blvd., Suite 1075; Costa Mesa, CA 92626
*Local Counsel Firm/Address*

(714) 384-4130                                              sarah@kohutlaw.com
*Telephone Number*                                         *Email Address*

as local counsel, hereby **ORDERS** the Application be:

►GRANTED

☐ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated April 24, 2008

*[signature]*

U. S. District Judge/U.S. Magistrate Judge

G–64 ORDER (06/05)    ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE

Dockets.Justia.com