# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No.   CV 08-1877-SGL (JCRx)                    Date    April 25, 2008

Title    TRACFONE WIRELESS, INC.-v-CALIFORNIA PRODUCTS INTERNATIONAL, et al.

Present: The Honorable    JOHN RAYBURN, JR., U. S. MAGISTRATE JUDGE

| DEB TAYLOR | N/A | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:                    Attorneys Present for Defendants:

NONE                                                        NONE

Proceedings: **(IN CHAMBERS)   ORDER DENYING DEFENDANTS' REQUEST FOR FURTHER BRIEFING RE: PLAINTIFF'S EX PARTE APPLICATION TO EXPEDITE DISCOVERY AND FOR ORDER TO PRESERVE EVIDENCE**

On April 24, 2008, Defendants California Products International, Inc., and Mohamad Ali Khalil filed a Supplemental Filing In Support Of Defendants' Opposition To Plaintiff's Ex Parte Application For Expedited Discovery And For Order To Preserve Evidence ("Supp. Opp."). Therein, Defendants state the following: "If the Court is so inclined, Defendants request the opportunity to provide further briefing on the DMCA and California authority regarding Tracfone's claims that unlocking cell phones is improper and/or illegal."  (Supp. Opp. at 2-3.)

On April 23, 2008, this Court issued a minute order denying Plaintiff's Ex Parte Application For Expedited Discovery And For Order To Preserve Evidence, and recommended therein that the parties seek a scheduling or status conference before the District Court to further address these issues. Thus, Plaintiff's Ex Parte Application For Expedited Discovery And For Order To Preserve Evidence is moot. Accordingly, Defendants' request for the opportunity to provide further briefing on the DMCA and California authority regarding Tracfone's claims that unlocking cell phones is improper and/or illegal is DENIED as moot.

Initials of Preparer    dts

Dockets.Justia.com