DANIEL V. NIXON (CA SB #132392)
danielnixon@byrnenixon.com
CATHRYNNE D. DALE (CA SB #206513)
catdale@byrnenixon.com
BYRNE & NIXON, LLP
800 West Sixth Street, Suite 430
Los Angeles, California 90017
Tel: (213) 620-8003
Fax: (213) 620-8012

Attorneys for Defendants
CALIFORNIA PRODUCTS INTERNATIONAL INC.
& MOHAMAD ALI KHALIL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACFONE WIRELESS, INC., a Delaware Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>CALIFORNIA PRODUCTS INTERNATIONAL, INC., a California Corporation, d/b/a FASHION JEANS EXPORTS and d/b/a CPI COMPUTERS & ELECTRONICS; MOHAMAD ALI KHALIL; KASEM MOHAMAD HARKOUS; and DOES 1-10,<br><br>Defendants. | CASE NO. CV 08-1877 SGL (JCRx)<br><br>**SECOND STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS CALIFORNIA PRODUCTS INTERNATIONAL, INC. AND MOHAMED ALI KHALIL TO RESPOND TO COMPLAINT**<br><br>Dept.: 1<br>Judge: Hon. Stephen G. Larson |

This Stipulation is entered into by and between Plaintiff Tracfone Wireless, Inc. and Defendants California Products International, Inc. and Mohamad Ali Khalil (collectively, "Defendants") by and through their respective counsel.

WHEREAS, on March 18, 2008, Plaintiff filed a Complaint against Defendants;

WHEREAS, on March 26, 2008, Plaintiff served Defendants with a copy of the Summons and Complaint in this action;

---

STIP. TO EXTEND DEADLINE TO RESPOND TO COMPLAINT

WHEREAS, Defendants' response to the Complaint would ordinarily be due on or before April 16, 2008;

WHEREAS, Plaintiff previously agreed to extend the deadline for Defendants to respond to the Complaint until April 28, 2008;

WHEREAS, Plaintiff has agreed to further extend the deadline for Defendants to respond to the Complaint until May 9, 2008;

IT IS HEREBY STIPULATED by and between the parties as follows:

1. Defendants shall have up to and including May 9, 2008, to plead or otherwise respond to the Complaint.

**IT IS SO STIPULATED.**

DATED: April 28, 2008    BYRNE & NIXON, LLP

By: _____Daniel V. Nixon_____
Daniel V. Nixon
Cathrynne D. Dale

Attorneys for Defendants
California Products International Inc. &
Mohamad Ali Khalil

DATED: April 28, 2008    KOHUT & KOHUT LLP

By:_____
Sarah Kohut

Attorneys for Plaintiff
Tracfone Wireless, Inc.

WHEREAS, Defendants' response to the Complaint would ordinarily be due on or before April 16, 2008;

WHEREAS, Plaintiff previously agreed to extend the deadline for Defendants to respond to the Complaint until April 28, 2008;

WHEREAS, Plaintiff has agreed to further extend the deadline for Defendants to respond to the Complaint until May 9, 2008;

IT IS HEREBY STIPULATED by and between the parties as follows:

1. Defendants shall have up to and including May 9, 2008, to plead or otherwise respond to the Complaint.

**IT IS SO STIPULATED.**

DATED: April 28, 2008          BYRNE & NIXON, LLP

By: _____
    Daniel V. Nixon
    Cathrynne D. Dale

Attorneys for Defendants
California Products International Inc. &
Mohamad Ali Khalil

DATED: April 28, 2008          KOHUT & KOHUT LLP

By: _____
    Sarah Kohut

Attorneys for Plaintiff
Tracfone Wireless, Inc.