BYRNE & NIXON, LLP
800 West Sixth Street, Suite 430
Los Angeles, California 90017

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TRACFONE WIRELESS, INC., a Delaware Corporation **PLAINTIFF(S)** | **CASE NUMBER** | CV08-1877 SGL (JCRx) |
| v. CALIFORNIA PRODUCTS INTERNATIONAL, INC., et al. **DEFENDANT(S).** | **NOTICE OF CHANGE OF ATTORNEY INFORMATION** | |

**The following information must be provided:**

I, _____Cathrynne D. Dale_____ , _____206513_____ , _____catdale@byrnenixon.com_____
_____Name_____         *CA Bar ID Number*         *E-mail Address*

☑ am counsel of record or ☐ out-of-state attorney in the above-entitled cause of action for the following party(s)
California Products International, Inc. and Mohamad Ali Khalil

and am requesting the following change(s):

### *SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

☐   TO UPDATE NAME OR FIRM INFORMATION:
    ☐  I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the above-entitled cause of action.

PROVIDE ONLY THE INFORMATION THAT HAS CHANGED

Attorney Name changed to _____
New Firm/Government Agency Name _____
New Address _____
New Telephone Number _____ New Facsimile Number _____
New E-mail address _____

☑   TO BE ADDED AS COUNSEL OF RECORD: CHECK ONE BOX
    ☐  I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on _____
    ☑  This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A NOTICE OF ASSOCIATION SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE, G-64 MUST BE FILED.

Attorney Name _____ CA State Bar Number _____
Firm/Government Agency Name _____
Address: _____
Telephone Number _____ Facsimile Number _____
E-mail address _____

Dockets.Justia.com

☐ TO BE REMOVED FROM THE CASE: **

I am no longer counsel of record in the above-entitled cause of action.

CHECK ONE BOX

    ☐ The order relieving me as counsel of record was filed on: _____.

    ☐ There is/are other attorney(s) from my current law firm/government agency who are counsel of record in this case.

    ☐ I am no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this case.

**\*\*This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Rule 83-2.9 and form G-01, *Request for Substitution of Attorney* and G-01ORDER, *Order on Request for Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated above in this action.**

Date: 5.8.08 _____        _____
                                                   *Attorney Signature*

PLEASE NOTE: The information provided in this Notice will be used to update the above-entitled case only. A separate Notice must be completed for each case said change(s) is to be made. See Local Rule 83-2.7.