DANIEL V. NIXON (CA SB #132392)
danielnixon@byrnenixon.com
CATHRYNNE D. DALE (CA SB #206513)
catdale@byrnenixon.com
BYRNE & NIXON, LLP
800 West Sixth Street, Suite 430
Los Angeles, California 90017
Tel: (213) 620-8003
Fax: (213) 620-8012

Attorneys for Defendants
CALIFORNIA PRODUCTS INTERNATIONAL INC.
& MOHAMAD ALI KHALIL

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACFONE WIRELESS, INC., a Delaware Corporation,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>CALIFORNIA PRODUCTS INTERNATIONAL, INC., a California Corporation, d/b/a FASHION JEANS EXPORTS and d/b/a CPI COMPUTERS & ELECTRONICS; MOHAMAD ALI KHALIL; KASEM MOHAMAD HARKOUS; and DOES 1-10,<br><br>　　　　　Defendants. | CASE NO. CV 08-1877 SGL (JCRx)<br><br>**THIRD STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS CALIFORNIA PRODUCTS INTERNATIONAL, INC. AND MOHAMED ALI KHALIL TO RESPOND TO COMPLAINT**<br><br>Dept.: 1<br>Judge: Hon. Stephen G. Larson |

　　This Stipulation is entered into by and between Plaintiff Tracfone Wireless, Inc. and Defendants California Products International, Inc. and Mohamad Ali Khalil (collectively, "Defendants") by and through their respective counsel.

　　WHEREAS, on March 18, 2008, Plaintiff filed a Complaint against Defendants;

　　WHEREAS, on March 26, 2008, Plaintiff served Defendants with a copy of the Summons and Complaint in this action;

WHEREAS, Defendants' response to the Complaint would ordinarily be due on or before April 16, 2008;

WHEREAS, Plaintiff previously agreed to extend the deadline for Defendants to respond to the Complaint until May 9, 2008;

WHEREAS, Plaintiff has agreed to further extend the deadline for Defendants to respond to the Complaint until May 16, 2008;

IT IS HEREBY STIPULATED by and between the parties as follows:

1. Defendants shall have up to and including May 16, 2008, to plead or otherwise respond to the Complaint.

**IT IS SO STIPULATED.**

DATED: May 9, 2008      BYRNE & NIXON, LLP

By: *Cathrynne Dale /a*
        Daniel V. Nixon
        Cathrynne D. Dale

Attorneys for Defendants
California Products International Inc. &
Mohamad Ali Khalil

DATED: May 9, 2008      KOHUT & KOHUT LLP

By:_____
        Sarah Kohut

Attorneys for Plaintiff
Tracfone Wireless, Inc.

-2-
STIP. TO EXTEND DEADLINE TO RESPOND TO COMPLAINT

| | |
|---|---|
| 1 | WHEREAS, Defendants' response to the Complaint would ordinarily be due on |
| 2 | or before April 16, 2008; |
| 3 | WHEREAS, Plaintiff previously agreed to extend the deadline for Defendants to |
| 4 | respond to the Complaint until May 9, 2008; |
| 5 | WHEREAS, Plaintiff has agreed to further extend the deadline for Defendants to |
| 6 | respond to the Complaint until May 16, 2008; |
| 7 | IT IS HEREBY STIPULATED by and between the parties as follows: |
| 8 | 1. Defendants shall have up to and including May 16, 2008, to plead or |
| 9 | otherwise respond to the Complaint. |

**IT IS SO STIPULATED.**

DATED: May 9, 2008            BYRNE & NIXON, LLP


By:_____
    Daniel V. Nixon
    Cathrynne D. Dale

Attorneys for Defendants
California Products International Inc. &
Mohamad Ali Khalil

DATED: May 9, 2008            KOHUT & KOHUT LLP


By:_____
    Sarah Kohut

Attorneys for Plaintiff
Tracfone Wireless, Inc.