| | |
|---|---|
| 1 | DANIEL V. NIXON (CA SB #132392) |
| | *danielnixon@byrnenixon.com* |
| 2 | CATHRYNNE D. DALE (CA SB #206513) |
| | *catdale@byrnenixon.com* |
| 3 | BYRNE & NIXON LLP |
| | 800 West Sixth Street, Suite 430 |
| 4 | Los Angeles, California 90017 |
| | Tel: (213) 620-8003 |
| 5 | Fax: (213) 620-8012 |

Attorneys for Defendants
CALIFORNIA PRODUCTS INTERNATIONAL, INC.
& MOHAMAD ALI KHALIL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACFONE WIRELESS, INC., a Delaware Corporation, | CASE NO. CV 08-1877 SGL (JCRx) |
| Plaintiff, | **DEFENDANTS CALIFORNIA PRODUCTS INTERNATIONAL, INC.'S AND MOHAMAD ALI KHALIL'S ANSWER TO TRACFONE WIRELESS, INC.'S COMPLAINT** |
| vs. | |
| CALIFORNIA PRODUCTS INTERNATIONAL, INC., a California Corporation, d/b/a FASHION JEANS EXPORTS and d/b/a CPI COMPUTERS & ELECTRONICS; MOHAMAD ALI KHALIL; KASEM MOHAMAD HARKOUS; and DOES 1-10, | Judge: Hon. Stephen G. Larson<br>Dept. 1 |
| Defendants. | |

CALIFORNIA PRODUCTS' AND KHALIL'S ANSWER TO COMPLAINT

Defendants California Products International, Inc. ("CPI") and Mohamad Ali Khalil (collectively "Defendants") hereby respond to Plaintiff Tracfone Wireless, Inc's ("Plaintiff") Complaint as follows:

1. Answering paragraph 1, Plaintiff's allegation of subject matter jurisdiction is a legal conclusion to which no response is required. With regard to the remaining allegations contained in paragraph 1, Defendants lack sufficient information or belief to admit or deny the allegations of this paragraph, and on that basis denies them.

2. Answering paragraph 2, Plaintiff's allegation of personal jurisdiction is a legal conclusion to which no response is required. Defendants admit that they do business or reside in Los Angeles County. Defendants deny the remaining allegations in this paragraph.

3. Answering paragraph 3, Plaintiff's allegation of venue is a legal conclusion to which no response is required. Defendants admit that they do business or reside in Los Angeles County. Defendants deny the remaining allegations contained in this paragraph.

4. Answering paragraph 4, Defendants lack sufficient information or belief to admit or deny the allegations of this paragraph, and on that basis denies them.

5. Answering paragraph 5, Defendants lack sufficient information or belief to admit or deny the allegations of this paragraph, and on that basis denies them.

6. Answering paragraph 6, Defendants admit the allegations of this paragraph.

7. Answering paragraph 7, Defendants admit the allegations of this paragraph.

8. Answering paragraph 8, Defendants lack sufficient information or belief to admit or deny the allegations of this paragraph, and on that basis denies them.

9. Answering paragraph 9, Defendants lack sufficient information or belief to admit or deny the allegations of this paragraph, and on that basis denies them.

10. Answering paragraph 10, Defendants deny the allegations of this paragraph.

11. Answering paragraph 11, Defendants deny the allegations of this paragraph.

12. Answering paragraph 12, Defendants deny the allegations of this paragraph.

13. Answering paragraph 13, Defendants deny the allegations of this paragraph.

14. Answering paragraph 14, Defendants admit that Tracfone retailers have implemented policies limiting the number of Tracfone/NET10 prepaid phones an individual may purchase on a daily basis. Defendants deny the remaining allegations of this paragraph.

15. Answering paragraph 15, Defendants deny the allegations of this paragraph.

16. Answering paragraph 16, Defendants lack sufficient information or belief to admit or deny the allegations of this paragraph, and on that basis denies them.

17. Answering paragraph 17, Defendants lack sufficient information or belief to admit or deny the allegations of this paragraph, and on that basis denies them.

18. Answering paragraph 18, Defendants admit that Tracfone's service enables customers to prepay for their wireless service by purchasing Tracfone airtime cards and that Tracfone/Net10 prepaid phones and airtime cards are sold through major national retailers such as Wal-Mart, Target and Sam's Club. Defendants lack sufficient information or belief to admit or deny the remaining allegations of this paragraph, and on that basis denies them.

19. Answering paragraph 19, Defendants lack sufficient information or belief to admit or deny the allegations of this paragraph, and on that basis denies them.

20. Answering paragraph 20, Defendants lack sufficient information or belief to admit or deny the allegations of this paragraph, and on that basis denies them.

21. Answering paragraph 21, Defendants lack sufficient information or belief to admit or deny the allegations of this paragraph, and on that basis denies them.

22. Answering paragraph 22, Defendants lack sufficient information or belief to admit or deny the allegations of this paragraph, and on that basis denies them.

23. Answering paragraph 23, Defendants lack sufficient information or belief to admit or deny the allegations of this paragraph, and on that basis denies them.

24. Answering paragraph 24, Defendants lack sufficient information or belief to admit or deny the allegations of this paragraph, and on that basis denies them.

25. Answering paragraph 25, Defendants admit that the terms and conditions are referenced on the outside of the retail packaging of the phones. Defendants lack sufficient information or belief to admit or deny Plaintiff's allegations that the terms and conditions are set forth in printed inserts that are included in the packaging with every Tracfone phone and are also available to the public on Tracfone's website, and on that basis denies them. Defendants deny the remaining allegations of this paragraph.

26. Answering paragraph 26, Defendants deny that the referenced language is conspicuous. Defendants lack sufficient information or belief to admit or deny the remaining allegations of this paragraph, and on that basis denies them.

27. Answering paragraph 27, Defendants lack sufficient information or belief to admit or deny the allegations of this paragraph, and on that basis denies them.

28. Answering paragraph 28, Defendants lack sufficient information or belief to admit or deny the allegations of this paragraph, and on that basis denies them.

29. Answering paragraph 29, Defendants lack sufficient information or belief to admit or deny the allegations of this paragraph, and on that basis denies them.

30. Answering paragraph 30, Defendants lack sufficient information or belief to admit or deny the allegations of this paragraph, and on that basis denies them.

31. Answering paragraph 31, Defendants lack sufficient information or belief to admit or deny the allegations of this paragraph, and on that basis denies them.

32. Answering paragraph 32, Defendants deny the allegations of this paragraph.

33. Answering paragraph 33, Defendants lack sufficient information or belief to admit or deny the allegations of this paragraph, and on that basis denies them.

34. Answering paragraph 34, Defendants lack sufficient information or belief to admit or deny the allegations of this paragraph, and on that basis denies them.

35. Answering paragraph 35, Defendants deny the allegations of this paragraph.

36. Answering paragraph 36, Defendants lack sufficient information or belief to admit or deny the allegations of this paragraph, and on that basis denies them.

37. Answering paragraph 37, Defendants deny the allegations of this paragraph.

38. Answering paragraph 38, Defendants admit that California Products International, Inc. rents a warehouse located at 10440 Pioneer Boulevard, Suite 6B, Santa Fe Springs in California. Defendants deny the remaining allegations of this paragraph.

39. Answering paragraph 39, Defendants deny the allegations of this paragraph.

40. Answering paragraph 40, Defendants deny the allegations of this paragraph.

41. Answering paragraph 41, Defendants deny the allegations of this paragraph.

42. Answering paragraph 42, Defendants deny the allegations of this paragraph.

43. Answering paragraph 43, Defendants deny the allegations of this paragraph.

44. Answering paragraph 44, Defendants admit that the holder of a resale number may purchase merchandise for resale without paying sales tax. Defendants deny the remaining allegations of this paragraph.

45. Answering paragraph 45, Defendants deny the allegations of this paragraph.

46. Answering paragraph 46, Defendants deny the allegations of this paragraph.

47. Answering paragraph 47, Defendants deny the allegations of this paragraph.

48. Answering paragraph 48, Defendants deny the allegations of this paragraph.

49. Answering paragraph 49, Defendants deny the allegations of this paragraph.

50. Answering paragraph 50, Defendants deny the allegations of this paragraph.

51. Answering paragraph 51, Defendants deny the allegations of this paragraph.

52. Answering paragraph 52, Defendants deny the allegations of this paragraph.

53. Answering paragraph 53, Defendants deny the allegations of this paragraph.

54. Answering paragraph 54, Defendants deny the allegations of this paragraph.

55. Answering paragraph 55, Defendants lack sufficient information or belief to admit or deny the allegations of this paragraph, and on that basis denies them.

56. Answering paragraph 56, Defendants deny the allegations of this paragraph.

57. Answering paragraph 57, Defendants admit that Tracfone has filed a number of lawsuits in federal courts across the country. Defendants lack sufficient information or belief to admit or deny the remaining allegations of this paragraph, and on that basis denies them.

58. Answering paragraph 58, Defendants admit that Tracfone has filed a number of lawsuits in federal courts across the country and obtained judgments and orders that speak for themselves. Defendants deny the remaining allegations of this paragraph.

59. Answering paragraph 59, Defendants admit that Tracfone has incorporated the allegations set forth in paragraphs 1 through 58 and Defendants reallege and incorporate their response to the allegations in paragraphs 1 through 58 herein.

60. Answering paragraph 60, Defendants deny the allegations of this paragraph.

61. Answering paragraph 61, Defendants deny the allegations of this paragraph.

62. Answering paragraph 62, Defendants deny the allegations of this paragraph.

63. Answering paragraph 63, Defendants deny the allegations of this paragraph.

64. Answering paragraph 64, Defendants deny the allegations of this paragraph.

65. Answering paragraph 65, Defendants deny the allegations of this paragraph.

66. Answering paragraph 66, Defendants admit that Tracfone has incorporated the allegations set forth in paragraphs 1 through 58 and Defendants reallege and incorporate their response to the allegations in paragraphs 1 through 58 herein.

67. Answering paragraph 67, Defendants deny the allegations of this paragraph.

1 | 68. Answering paragraph 68, Defendants deny the allegations of this paragraph.

69. Answering paragraph 69, Defendants admit that Tracfone has incorporated the allegations set forth in paragraphs 1 through 58 and Defendants reallege and incorporate their response to the allegations in paragraphs 1 through 58 herein.

70. Answering paragraph 70, Defendants deny the allegations of this paragraph.

71. Answering paragraph 71, Defendants deny the allegations of this paragraph.

72. Answering paragraph 72, Defendants deny the allegations of this paragraph.

73. Answering paragraph 73, Defendants deny the allegations of this paragraph.

74. Answering paragraph 74, Defendants deny the allegations of this paragraph.

75. Answering paragraph 75, Defendants deny the allegations of this paragraph.

76. Answering paragraph 76, Defendants admit that Tracfone has incorporated the allegations set forth in paragraphs 1 through 58 and Defendants reallege and incorporate their response to the allegations in paragraphs 1 through 58 herein.

77. Answering paragraph 77, Defendants deny the allegations of this paragraph.

78. Answering paragraph 78, Defendants deny the allegations of this paragraph.

79. Answering paragraph 79, Defendants deny the allegations of this paragraph.

80. Answering paragraph 80, Defendants deny the allegations of this paragraph.

1 | 81. Answering paragraph 81, Defendants deny the allegations of this paragraph.

82. Answering paragraph 82, Defendants admit that Tracfone has incorporated the allegations set forth in paragraphs 1 through 58 and Defendants reallege and incorporate their response to the allegations in paragraphs 1 through 58 herein.

83. Answering paragraph 83, Defendants lack sufficient information or belief to admit or deny the allegations of this paragraph, and on that basis denies them.

84. Answering paragraph 84, Defendants deny the allegations of this paragraph.

85. Answering paragraph 85, Defendants deny the allegations of this paragraph.

86. Answering paragraph 86, Defendants deny the allegations of this paragraph.

87. Answering paragraph 87, Defendants deny the allegations of this paragraph.

88. Answering paragraph 88, Defendants admit that Tracfone has incorporated the allegations set forth in paragraphs 1 through 58 and Defendants reallege and incorporate their response to the allegations in paragraphs 1 through 58 herein.

89. Answering paragraph 89, Defendants lack sufficient information or belief to admit or deny the allegations of this paragraph, and on that basis denies them.

90. Answering paragraph 90, Defendants lack sufficient information or belief to admit or deny the allegations of this paragraph, and on that basis denies them.

91. Answering paragraph 91, Defendants deny the existence of a conspiracy. Defendants admit the remaining allegations of this paragraph.

92. Answering paragraph 92, Defendants deny the existence of a conspiracy. Defendants admit the remaining allegations of this paragraph.

93. Answering paragraph 93, Defendants deny the allegations of this paragraph.

-9-
CALIFORNIA PRODUCTS' AND KHALIL'S ANSWER TO COMPLAINT

94. Answering paragraph 94, Defendants deny the allegations of this paragraph.

95. Answering paragraph 95, Defendants deny the allegations of this paragraph.

96. Answering paragraph 96, Defendants deny the allegations of this paragraph.

97. Answering paragraph 97, Defendants admit that Tracfone has incorporated the allegations set forth in paragraphs 1 through 58 and Defendants reallege and incorporate their response to the allegations in paragraphs 1 through 58 herein.

98. Answering paragraph 98, Defendants deny the allegations of this paragraph.

99. Answering paragraph 99, Defendants deny the allegations of this paragraph.

100. Answering paragraph 100, Defendants deny the allegations of this paragraph.

101. Answering paragraph 101, Defendants deny the allegations of this paragraph.

102. Answering paragraph 102, Defendants lack sufficient information or belief to admit or deny the allegations of this paragraph, and on that basis denies them.

103. Answering paragraph 103, Defendants deny the allegations of this paragraph.

104. Answering paragraph 104, Defendants deny the allegations of this paragraph.

105. Answering paragraph 105, Defendants deny the allegations of this paragraph.

106. Answering paragraph 106, Defendants admit that Tracfone has incorporated the allegations set forth in paragraphs 1 through 58 and Defendants

reallege and incorporate their response to the allegations in paragraphs 1 through 58 herein.

107. Answering paragraph 107, Defendants deny the allegations of this paragraph.

108. Answering paragraph 108, Defendants deny the allegations of this paragraph.

109. Answering paragraph 109, Defendants deny the allegations of this paragraph.

110. Answering paragraph 110, Defendants deny the allegations of this paragraph.

111. Answering paragraph 111, Defendants deny the allegations of this paragraph.

112. Answering paragraph 112, Defendants admit that Tracfone has incorporated the allegations set forth in paragraphs 1 through 58 and Defendants reallege and incorporate their response to the allegations in paragraphs 1 through 58 herein.

113. Answering paragraph 113, Defendants lack sufficient information or belief to admit or deny the allegations of this paragraph, and on that basis denies them.

114. Answering paragraph 114, Defendants lack sufficient information or belief to admit or deny the allegations of this paragraph, and on that basis denies them.

115. Answering paragraph 115, Defendants lack sufficient information or belief to admit or deny the allegations of this paragraph, and on that basis denies them.

116. Answering paragraph 116, Defendants deny the allegations of this paragraph.

117. Answering paragraph 117, Defendants deny the allegations of this paragraph.

118. Answering paragraph 118, Defendants deny the allegations of this paragraph.

119. Answering paragraph 119, Defendants deny the allegations of this paragraph.

120. Answering paragraph 120, Defendants deny the allegations of this paragraph.

121. Answering paragraph 121, Defendants deny the allegations of this paragraph.

122. Answering paragraph 122, Defendants admit that Tracfone has incorporated the allegations set forth in paragraphs 1 through 58 and Defendants reallege and incorporate their response to the allegations in paragraphs 1 through 58 herein.

123. Answering paragraph 123, Defendants deny the allegations of this paragraph.

124. Answering paragraph 124, Defendants deny the allegations of this paragraph.

125. Answering paragraph 125, Defendants deny the allegations of this paragraph.

126. Answering paragraph 126, Defendants deny the allegations of this paragraph.

127. Answering paragraph 127, Defendants deny the allegations of this paragraph.

128. Answering paragraph 128, Defendants admit that Tracfone has incorporated the allegations set forth in paragraphs 1 through 58 and Defendants reallege and incorporate their response to the allegations in paragraphs 1 through 58 herein.

129. Answering paragraph 129, Defendants deny the allegations of this paragraph.

130. Answering paragraph 130, Defendants deny the allegations of this paragraph.

131.   Answering paragraph 131, Defendants deny the allegations of this paragraph.

132.   Answering paragraph 132, Defendants deny the allegations of this paragraph.

133.   Answering paragraph 133, Defendants admit that Tracfone is requesting permanent injunctive relief against Defendants, but deny that Tracfone is entitled to injunctive relief.

134.   Answering paragraph 134, Defendants admit that Tracfone has incorporated the allegations set forth in paragraphs 1 through 58 and Defendants reallege and incorporate their response to the allegations in paragraphs 1 through 58 herein.

135.   Answering paragraph 135, Defendants deny the allegations of this paragraph.

136.   Answering paragraph 136, Defendants deny the allegations of this paragraph.

137.   Answering paragraph 137, Defendants deny the allegations of this paragraph.

138.   Answering paragraph 138, Defendants deny the allegations of this paragraph.

## AFFIRMATIVE DEFENSES

In further answer to the Complaint and as separate and distinct affirmative defenses, Defendants allege as follows:

### FIRST AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by estoppel and/or acquiescence.

TracFone's retail outlets, through its employees, managers or others, actively seek out, contact, and offer bulk quantities of TracFone phones to the contractors and suppliers that sell phones to CPI.

## SECOND AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the doctrine of unclean hands.

TracFone prints, among other things, overly harsh terms and conditions, inconspicuously on its product-packaging, and then enforces these terms selectively against consumers. TracFone's retail outlets actively seek out, contact, and offer bulk quantities of TracFone phones to the contractors and suppliers that sell phones to CPI.

## THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims for copyright infringement, circumvention of copyrighted software protection system and trafficking in circumvention technology are barred by the doctrines of fair use under 17 U.S.C. § 107, the Digital Millennium Copyright Act, 17 U.S.C. § 1201(c), and 37 C.F.R. §201.40(b).

CPI does not make any copy, display, or make, derivative works of any TracFone Prepaid Software, but merely acts as a reseller of the TracFone phones. Further, any alleged copyright violation would be, for the sole purpose of lawfully connecting to a wireless telephone communications network.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claim for trademark infringement and contributory trademark infringement are barred by the doctrine of classic fair use as codified in 15 U.S.C. § 1115(b) because Defendants do not use any TracFone mark as a trademark. CPI markets and sells its phones using a manufacturer's model designation, and does not create any association with Tracfone or its trademarks. CPI is merely a reseller of phones, and any incidental use of a TracFone phone mark is done in good faith and only to describe the phones that CPI offers for sale.

**FIFTH AFFIRMATIVE DEFENSE**

Defendants assert that Plaintiff's claim for breach of contract and interference of contract is barred because Plaintiff's alleged contract or respective terms and conditions are invalid and therefore, void.

**SIXTH AFFIRMATIVE DEFENSE**

Defendants assert that Plaintiff's claim for breach of contract and interference of contract are barred because Plaintiff's alleged contract ,or respective terms and conditions are unconscionable and therefore, void.

**SEVENTH AFFIRMATIVE DEFENSE**

Plaintiff's claims for trademark and copyright infringement are barred under the doctrines of first sale.

Retailers purchase TracFone/NET10 phones from TracFone, and then consumers buy the TracFone/NET10 phones from TracFone's retailers, and then sell those phones to CPI. CPI then resells those phones, without alteration, to its customers.

**EIGHTH AFFIRMATIVE DEFENSE**

On information and belief, Defendants assert that Plaintiff's trademarks are invalid for failure to meet the requirements specified in 15 U.S.C. § 1115 (b)(4). Defendants reserve the right to amend this defense further, as additional information is developed through discovery or otherwise.

CPI refers to phones using a manufacturer's designation, and does not create any association with Tracfone or its trademarks.

**NINTH AFFIRMATIVE DEFENSE**

On information and belief, Defendants assert that Plaintiff's copyright is invalid for failure to meet the requirements specified in 17 U.S.C. §§ 101, 102 . Defendants reserve the right to amend this defense further, as additional information is developed through discovery or otherwise.

The TracFone Prepaid Software, among other things, is functional in nature and performs standard, non-original, and public domain functions that are typical for a mobile wireless handset.

### TENTH AFFIRMATIVE DEFENSE

Plaintiff's claim for interference with business relationships and prospective advantage is barred based on fair competition and free trade.

Among other things, CPI purchases phones from people who bought TracFone/NET10 phones. at a retail store, and then resells those phones, without alteration, to its customers. TracFone tries to stop this practice by unfairly and unlawfully enforcing an unconscionable contract that forever restricts use of the phones to the TracFone service network, despite boldly displaying on the phones' packaging that the phone has "NO CONTRACTS".

### ELEVENTH AFFIRMATIVE DEFENSE

Plaintiff's claim for interference with business relationships and prospective
advantage and interference with contract is barred because Plaintiff's retailers and agents, not Defendants, have interfered with Plaintiff's business relationships and induced breach of contract.

### TWELFTH AFFIRMATIVE DEFENSE

Plaintiff's claims for unfair competition are barred based on Defendant's right to engage in fair trade and to promote, encourage, and further competition.

Among other things, CPI purchases phones from people who bought TracFone/NET10 phones at a retail store, and then resells those phones, without alteration, to its customers. TracFone tries to stop this practice by unfairly and unlawfully enforcing an unconscionable contract that forever restricts use of the phones to the TracFone service network, despite boldly displaying on the phones' packaging that the phone has "NO CONTRACTS'.

## **PRAYER FOR RELIEF**

WHEREFORE, Defendants pray for relief as follows:

1. That Plaintiff take nothing by reason of the Complaint, that the Complaint be dismissed in its entirety with prejudice, and that judgment be entered in favor of Defendants;

2. A denial of all relief sought by Plaintiff against Defendants;

3. An award of Defendant's costs and reasonable attorneys' fees; and

4. Such other and further relief as this Court deems just and proper.


DATED: May 16, 2008        BYRNE & NIXON LLP

By: /s/ Cathrynne D. Dale
    Cathrynne D. Dale

Attorneys for Defendants California Products International, Inc. & Mohamad Ali Khalil

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is **800 West Sixth Street, Suite 430, Los Angeles, California 90017**. |
| 3 | |
| 4 | I have caused the service of **DEFENDANTS CALIFORNIA PRODUCTS INTERNATIONAL, INC.'S AND MOHAMAD ALI KHALIL'S ANSWER TO TRACFONE WIRELESS, INC.'S COMPLAINT** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notified the following: |
| 5 | |
| 6 | |
| 7 | |
| 8 | James B. Baldinger (jbaldinger@carltonfields.com) |
| 9 | Sarah K. Kohut (sarah@kohutlaw.com) |
| 10 | Maria Montenegro (mmontenegro@carltonfields.com) |
| 11 | Megan L. Wagner (megan@kohutlaw.com) |
| 12 | I declare under penalty of perjury that the foregoing is true and correct. |
| 13 | Executed on **May 16, 2008**, at Los Angeles, California. |

Leticia Rosales (lettyrosales@byrnenixon.com)      /s/ Leticia Rosales
(Type or Print Name)      (Signature)