1 | DANIEL V. NIXON (CA SB #132392)
*danielnixon@byrnenixon.com*
2 | CATHRYNNE D. DALE (CA SB #206513)
*catdale@byrnenixon.com*
3 | BYRNE & NIXON LLP
800 West Sixth Street, Suite 430
4 | Los Angeles, California 90017
Tel: (213) 620-8003
5 | Fax: (213) 620-8012

Attorneys for Defendants
CALIFORNIA PRODUCTS INTERNATIONAL, INC.
& MOHAMAD ALI KHALIL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| TRACFONE WIRELESS, INC., a Delaware Corporation, | CASE NO. CV 08-1877 SGL (JCRx) |
|---|---|
| Plaintiff, | **DEFENDANTS CALIFORNIA PRODUCTS INTERNATIONAL, INC.'S AND MOHAMAD ALI KHALIL'S NOTICE OF RELATED CASES [LOCAL RULE 83-1.3]** |
| vs. | |
| CALIFORNIA PRODUCTS INTERNATIONAL, INC., a California Corporation, d/b/a FASHION JEANS EXPORTS and d/b/a CPI COMPUTERS & ELECTRONICS; MOHAMAD ALI KHALIL; KASEM MOHAMAD HARKOUS; and DOES 1-10, | Judge: Hon. Stephen G. Larson<br>Dept. 1 |
| Defendants. | |

DEFENDANTS CPI'S AND KHALIL'S NOTICE OF RELATED CASES

TO THE HONORABLE STEPHEN G. LARSON AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Local Rule 83-1.3, Defendants California Products International, Inc. and Mohamad Ali Khalil (collectively, "Defendants") hereby give notice that the following actions pending before this Court appear to be related:

<u>Tracfone Wireless, Inc. v. Platform Enterprises, Hassan Essayli and Ali Essayli</u>, Case No. 07-01460 AG (MLGx), filed December 20, 2007, now pending before the Honorable Andrew J. Guilford ("Tracfone #1");

<u>Tracfone Wireless, Inc. v. California Products International, Inc., Mohamad Ali Khalil and Kasem Mohamad Harkous</u>, Case No. 08-01877, filed March 20, 2008, now pending before the Honorable Stephen G. Larson ("Tracfone #2");[1]

<u>T-Mobile USA, Inc. v. Platform Enterprises and Hassan Essayli</u>, Case No. 08-0444 JVS (FFMx), filed April 23, 2008, now pending before the Honorable James V. Selna ("T-Mobile #1"); and

<u>T-Mobile USA, Inc. v. All Pro Distributing Inc. and Shachar Shabtay</u>, Case No. 08-02691 GW (AGRx), filed April 23, 2008, now pending before the Honorable George Wu ("T-Mobile #2").

---

[1] The Court previously determined that this case is related to the following cases: 07-1355 SGL (JCRx), 08-00034 SGL (JCRx) and 08-00382 DOC (MLGx).

Local Rule 83-1.3 defines related cases as those that appear: (a) To arise from the same or a closely related transaction, happening or event; or (b) To call for determination of the same or substantially related or similar questions of law and fact; or (c) For other reasons would entail substantial duplication of labor if heard by different judges; or (d) To involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c is present. The above referenced cases easily fall within one or more of these categories and all four cases call for the determination of the same or substantially related questions of law and fact.

The defendants in the above referenced cases are in the legitimate business of buying and reselling products, including cell phones. All four cases involve allegations by plaintiffs T-Mobile USA, Inc. ("T-Mobile") or Tracfone Wireless, Inc. ("Tracfone") (hereinafter, "Plaintiffs") that the defendants' business is unlawful. In each case, Plaintiffs claim that they sell their prepaid cell phones at a discount and expect to recoup the loss when customers purchase prepaid air time cards that are required to make and receive calls on the phones. Plaintiffs allege that the defendants purchased phones in bulk for the purpose of "unlocking" the phones, which would allow individuals to use the phones on other networks without purchasing a prepaid air time card from Plaintiffs.[2/] In all four cases, the Court will be asked to determine whether the defendants' actions amount to a breach of contract, unfair competition, interfere with Plaintiffs' business contracts and prospective advantage or infringe on Plaintiffs' trademarks.

It should be noted that T-Mobile and Tracfone are represented by the same out-of-state counsel in each of the four cases. The Complaints in T-Mobile #1

---

[2/] The undersigned counsel represents Platform Enterprises, Hassan Essayli and Ali Essayli, as well as California Products International, Inc. and Mohamad Ali Khalil, none of whom unlock or otherwise alter cell phones.

and T-Mobile #2 are virtually identical, and include the same nine causes of action, the only noticeable difference being the name of the defendant who is alleged to have unlawfully purchased T-Mobile prepaid cell phones in bulk. Similarly, Tracfone #1 and Tracfone #2 include the same twelve causes of action against defendants who are alleged to have engaged in the same conduct. Further, Tracfone #1 and T-Mobile #1 include substantially similar allegations against two of the same defendants - Platform Enterprises and Hassan Essayli.

DATED: May 16, 2008        BYRNE & NIXON LLP

By:   /s/ Cathrynne D. Dale
       Cathrynne D. Dale

Attorneys for Defendants California Products International, Inc. & Mohamad Ali Khalil

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is **800 West Sixth Street, Suite 430, Los Angeles, California 90017**. |
| 3 | |
| 4 | I have caused the service of **DEFENDANTS CALIFORNIA PRODUCTS INTERNATIONAL, INC.'S AND MOHAMAD ALI KHALIL'S NOTICE OF RELATED CASES [LOCAL RULE 83-1.3]** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notified the following: |
| 5 | |
| 6 | |
| 7 | |
| 8 | James B. Baldinger (jbaldinger@carltonfields.com) |
| 9 | Sarah K. Kohut (sarah@kohutlaw.com) |
| 10 | Maria Montenegro (mmontenegro@carltonfields.com) |
| 11 | Megan L. Wagner (megan@kohutlaw.com) |
| 12 | I declare under penalty of perjury that the foregoing is true and correct. |
| 13 | Executed on **May 16, 2008**, at Los Angeles, California. |

Leticia Rosales (lettyrosales@byrnenixon.com)      /s/ Leticia Rosales
(Type or Print Name)                                                   (Signature)

-5-

DEFENDANTS CPI'S AND KHALIL'S NOTICE OF RELATED CASES