Tracfone Wireless, Inc.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Doc. 33

1  DANIEL V. NIXON (CA SB #132392)
   *danielnixon@byrnenixon.com*
2  CATHRYNNE D. DALE (CA SB #206513)
   *catdale@byrnenixon.com*
3  BYRNE & NIXON LLP
   800 West Sixth Street, Suite 430
4  Los Angeles, California 90017
   Tel: (213) 620-8003
5  Fax: (213) 620-8012

6
   Attorneys for Defendants
7  CALIFORNIA PRODUCTS INTERNATIONAL, INC.
   & MOHAMAD ALI KHALIL
8

9
                    UNITED STATES DISTRICT COURT
10
                    CENTRAL DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| TRACFONE WIRELESS, INC., a Delaware Corporation,　　　　　　　　　　)<br>)<br>Plaintiff,　　　　　　　　　　　　　　　　　　　　)<br>)<br>vs.　　　　　　　　　　　　　　　　　　　　　　　)<br>)<br>CALIFORNIA PRODUCTS INTERNATIONAL, INC., a California Corporation, d/b/a FASHION JEANS EXPORTS and d/b/a CPI COMPUTERS & ELECTRONICS; MOHAMAD ALI KHALIL; KASEM MOHAMAD HARKOUS; and DOES 1-10,　　)<br>)<br>)<br>)<br>)<br>)<br>)<br>Defendants.　　　　　　　　　　　　　　　　　　) | CASE NO. CV 08-1877 SGL (JCRx)<br><br>**DEFENDANTS CALIFORNIA PRODUCTS INTERNATIONAL, INC.'S AND MOHAMAD ALI KHALIL'S NOTICE OF INTERESTED PARTIES [LOCAL RULE 7.1-1]**<br><br>Judge:　　Hon. Stephen G. Larson<br>Dept.　　1 |

---

DEFENDANTS CPI'S AND KHALIL'S NOTICE OF INTERESTED PARTIES

Dockets.Justia.com

| | |
|---|---|
| 1 | TO THE HONORABLE STEPHEN G. LARSON AND ALL PARTIES AND |
| 2 | THEIR ATTORNEYS OF RECORD: |

The undersigned, counsel of record for California Products International, Inc. and Mohamad Ali Khalil, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| Party | Connection |
|---|---|
| California Products International, Inc. | Defendant |
| Mohamad Ali Khalil | Defendant |

DATED: May 16, 2008　　　　BYRNE & NIXON LLP

By: /s/ Cathrynne D. Dale
　　　　Cathrynne D. Dale

Attorneys for Defendants California Products International, Inc. & Mohamad Ali Khalil

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is **800 West Sixth Street, Suite 430, Los Angeles, California 90017**.

I have caused the service of **DEFENDANTS CALIFORNIA PRODUCTS INTERNATIONAL, INC.'S AND MOHAMAD ALI KHALIL'S NOTICE OF INTERESTED PARTIES [LOCAL RULE 7.1-1]** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notified the following:

James B. Baldinger (jbaldinger@carltonfields.com)

Sarah K. Kohut (sarah@kohutlaw.com)

Maria Montenegro (mmontenegro@carltonfields.com)

Megan L. Wagner (megan@kohutlaw.com)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 16, 2008**, at Los Angeles, California.

Leticia Rosales (lettyrosales@byrnenixon.com)　　　/s/ Leticia Rosales
　(Type or Print Name)　　　　　　　　　　　　　　　(Signature)