DANIEL V. NIXON (CA SB#132392)
danielnixon@byrnenixon.com
CATHRYNNE D. DALE (CA SB #206513)
catdale@byrnenixon.com
BYRNE & NIXON LLP
800 West Sixth Street, Suite 430
Los Angeles, CA 90017
Tel: (213) 620-8003     Fax: (213) 620-8012

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACFONE WIRELESS, INC., a Delaware Corporation, <br> Plaintiff(s) <br> v. <br> CALIFORNIA PRODUCTS INTERNATIONAL, INC. et.al. <br> Defendant(s). | CASE NUMBER <br> CV 08-1877 SGL (JCRx) <br><br> REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |

California Products International Inc   ☐ Plaintiff   ☑ Defendant   ☐ Other _____
*Name of Party*
and Mohammad Ali Khalil

hereby request the Court approve the substitution of _____Aftab A. Malik, Esq._____

as attorney of record in place and stead of __Daniel V. Nixon & Cathrynne Dale, Byrne & Nixon LLP__
*New Attorney*

*Present Attorney*

Dated __May 29, 2008.__

*Signature of Party/Authorized Representative of Party*
on behalf of California Products International & individually

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated __June 4, 2008__

*Signature of Present Attorney*

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated __May 29, 2008.__

*Signature of New Attorney*
171926

*State Bar Number*

If party requesting to appear Pro Se:

Dated _____

*Signature of Requesting Party*

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.

G–01 (03/06)            REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY