Daniel V. Nixon (CA SB#132392)
Cathrynne D. Dale (SB#206513)
BYRNE & NIXON, LLP
800 West Sixth Street, Suite 430
Los Angeles, California 90017
Telephone: (213) 620-8003; Fax: (213) 620-8012

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACFONE WIRELESS, INC., a Delaware Corporation<br>                                Plaintiff(s)<br>v.<br>CALIFORNIA PRODUCTS INTERNATIONAL, INC., et al.<br>                              Defendant(s). | CASE NUMBER<br>CV 08-01877 SGL (JCRx)<br><br>ORDER ON<br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY |

The Court hereby orders that the request of:

<u>California Products International, Inc. and Mohammad Ali Khalif</u>    ☐ Plaintiff    ☒ Defendant    ☐ Other _____
*Name of Party*

to substitute     <u>Aftab A. Malik, Esq.</u>     who is

     ☒   Retained Counsel     ☐ Counsel appointed by the Court (Criminal cases only)     ☐ Pro Se

<u>                                    433 N. Camden Drive, Suite 600                                   </u>
*Street Address*

<u>Beverly Hills, California 90210</u>              <u>aa@maliklawoffices.com</u>
*City, State, Zip*                                                       *E-Mail Address*

<u>(310) 691-8445</u>         <u>(310) 388-3240</u>         <u>171926</u>
*Telephone Number*              *Fax Number*              *State Bar Number*

as attorney of record in place and stead of <u>Daniel V. Nixon & Cathrynne Dale, Byrne & Nixon, LLP</u>
                                                                                             *Present Attorney*

**is hereby**       ■ **GRANTED**      ☐ **DENIED**

Dated June 6, 2008

*(signature)*

United States District Judge

**NOTICE TO COUNSEL :** IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.