Aftab A. Malik, Esq. [#171926]
MALIK LAW OFFICES
433 N. Camden Drive, Suite 600
Beverly Hills CA 90210
Tel: (310) 691-8445
Fax: (310) 388-3240
E-mail: aa@maliklawoffices.com

Attorney for Cross-Complainant California Products International, Inc.

FILED

2008 JUN -6 PM 4:01

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRACFONE WIRELESS, INC., a Delaware Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>CALIFORNIA PRODUCTS INTERNATIONAL, INC., a California Corporation, d/b/a FASHION JEANS EXPORTS and d/b/a CPI COMPUTERS & ELECTRONICS; MOHAMAD ALI KHALIL; KASEM MOHAMAD HARKOUS; and DOES 1-10,<br><br>Defendants. | **CV-08-01877 SGL (JCRx)**<br>Counter Claim AAM **FOR DAMAGES, DECLARATORY & INJUNCTIVE RELIEF**<br><br>**[PLACEHOLDER FILING]**<br><br>BY FAX |
| California Products International Inc., a California Corporation, on behalf of itself and on behalf of the People of the State of California acting as a Private Attorney General,<br>Counter Claimants AAM<br><br>v.<br><br>Carlos Slim, aka Carlos Slim Helu Haddad, an individual, Tracfone Wireless, Inc., a Florida Corporation, América Móvil, S.A.B. de C.V., Mexican Corporation, Radiomovil Dipsa, S.A. de C.V., CTI PCS S.A., CTI Compania de Telefonos del Interior, S.A., Americel S.A., BCP S.A., Claro Chile S.A., Comunicacion Celular S.A., Consorcio Ecuatoriano de Telecomunicationes, S.A., CTE Telecom Personal, S.A. de C.V., Servicios de Comunicaciones Personales Inalambricas, S.A., Servicios de Comunicaciones de Honduras, S.A. de C.V., Empresa Nicaraguense de Telecomunicaciones, S.A., AMX Paraguay, S.A., America Movil Peru, S.A.C.,<br>Counter Defendants AAM | |

Dockets.Justia.com

Telecomunicaiones de Puerto Rico, Inc., AM Wireless Uraguay, S.A., Compania Dominicana de Telefonos, C. Por A., Carlton Fields, P.A., a Florida Professional Law Association, James B. Baldinger, Target Brands, Inc., Wal-Mart Corporation, Sam's Club, CVS Corporation, Walgreen's and DOES 1 to 5000, inclusive.

Cross- Defendants.

**CASE NO. CV-08-01877 SGL (JCRx)**

Cross-Complainants allege:

1. This is a placeholder filing for the Cross-Complaint to be filed through this Court's EC/CMF filing system once the Court rules on Defendants' Motion for Substitution of Attorney filed with this Court on June 4, 2008.

Date: June 6, 2008.

Respectfully submitted,

MALIK LAW OFFICES

Aftab A. Malik, Esq.
Attorney for Cross-Complainant
California Products International, Inc.