O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA 92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.    CV 08-01877 SGL (SSx)                                    Date: September 22, 2008

Title:    TRACFONE WIRELESS, INC. -v- CALIFORNIA PRODUCTS INTERNATIONAL, INC., et al.
==================================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

     Jim Holmes                                             None Present
     Courtroom Deputy Clerk                          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

None present                                                      None present

PROCEEDINGS:    ORDER GRANTING MOTION TO DISMISS   (IN CHAMBERS)

     The Court has reviewed plaintiff's motion to dismiss defendant's counterclaim, to which no timely opposition has been filed.  The Court deems this matter appropriate for decision without oral argument and therefore **VACATES** the hearing set for September 29, 2008.  <u>See</u> Fed. R. Civ. P. 78; Local Rule 7-15.

     Defendant has failed to file an opposition to the motion to dismiss his "placeholder" counterclaim.  The counterclaim at issue is completely devoid of <u>any</u> factual allegations; therefore, it does not meet the standard set forth in Fed. R. Civ. P. 8(a), which requires a short and plain statement showing why the pleader is entitled to relief.  Accordingly, the Court **GRANTS** the motion to dismiss and dismisses without prejudice defendant's counterclaim.

     **IT IS SO ORDERED.**