# EXHIBIT B

# EXHIBIT B

13487952.1

# ALL PRO DISTRIBUTING, INC

15240 Raymer Street
Van Nuys, CA 91405
Tel. (818) 909-2666
Fax (818) 909-2662
Email: sales@allprodist.com

**Purchase**

Purchase #:   **00003205**

Ship To:

California Product International dba Fashion Jeans
10440 Pioneer Blvd
Suite 6B
Santa Fe Springs, CA 90670

ALL PRO DISTRIBUTING, INC
15240 Raymer Street
Van Nuys, CA 91405

| SALESPERSON | YOUR NO. | SHIP VIA | COL | PPD | SHIP DATE | TERMS | DATE | PG. |
|---|---|---|---|---|---|---|---|---|
| | 22522 | | X | | | C.O.D. | 7/19/2007 | 1 |

| QTY. | ITEM NO. | DESCRIPTION | PRICE | UNIT | DISC % | EXTENDED | TX. |
|---|---|---|---|---|---|---|---|
| 90 | NK-1600 | Nokia 1600 Phones | $32.00 | | | $2,880.00 | |
| 893 | NK-6030 | Nokia 6030 Handset | $40.50 | | | $36,166.50 | |
| 10 | NK-6030 | Nokia 6030 Handset | $40.50 | | | $405.00 | |
| | | | $24.85 | | | $4,994.85 | |
| | | | $0.15 | | | $30.15 | |
| | | | $25.00 | | | $675.00 | |

| | | |
|---|---|---|
| SALE AMT. | $45,151.50 |
| FREIGHT | $0.00 |
| SALES TAX | $0.00 |
| TOTAL AMT. | $45,151.50 |
| PAID TODAY | $45,151.50 |
| BALANCE DUE | $0.00 |



EXHIBIT

B

CONFIDENTIAL
AP 000746

# ALL PRO DISTRIBUTING, INC

15240 Raymer Street
Van Nuys, CA 91405
Tel (818) 909-2666
Fax (818) 909-2662
Email sales@allprodist.com

**Purchase**

Purchase #:  **00003299**

Ship To:

California Product International dba Fashion Jeans
10440 Pioneer Blvd
Suite 6B
Santa Fe Springs, CA 90670

ALL PRO DISTRIBUTING, INC
15240 Raymer Street
Van Nuys, CA 91405

| SALESPERSON | YOUR NO. | SHIP VIA | COL | PPD | SHIP DATE | TERMS | DATE | PG. |
|---|---|---|---|---|---|---|---|---|
| | 22586 | Delivery | X | | 9/6/2007 | C.O.D. | 9/6/2007 | 1 |

| QTY. | ITEM NO. | DESCRIPTION | PRICE | UNIT | DISC % | EXTENDED | TX. |
|---|---|---|---|---|---|---|---|
| 2,133 | MOT-C139 | Motorola C139 Phone | $19.00 | | | $40,527.00 | |

We appreciate your business.

| | |
|---|---|
| SALE AMT. | $40,527.00 |
| FREIGHT | $0.00 |
| SALES TAX | $0.00 |
| TOTAL AMT. | $40,527.00 |
| PAID TODAY | $40,527.00 |
| BALANCE DUE | $0.00 |

CONFIDENTIAL
AP 001465

# ALL PRO DISTRIBUTING, INC

15240 Raymer Street
Van Nuys, CA 91405
Tel. (818) 909-2666
Fax (818) 909-2662
Email: sales@allprodist.com

**Purchase**

Purchase #:   **00003343**

Ship To:

California Product International dba Fashion Jeans
10440 Pioneer Blvd
Suite 6B
Santa Fe Springs, CA 90670

ALL PRO DISTRIBUTING, INC
15240 Raymer Street
Van Nuys, CA 91405

| SALESPERSON | YOUR NO. | SHIP VIA | COL | PPD | SHIP DATE | TERMS | DATE | PG. |
|---|---|---|---|---|---|---|---|---|
| | | | x | | | C.O.D. | 10/1/2007 | 1 |

| QTY. | ITEM NO. | DESCRIPTION | PRICE | UNIT | DISC % | EXTENDED | TX. |
|---|---|---|---|---|---|---|---|
| 514 | MOT-C139 | Motorola C139 Phone | $19.00 | | | $9,766.00 | |

| | |
|---|---|
| SALE AMT. | $9,766.00 |
| FREIGHT | $0.00 |
| SALES TAX | $0.00 |
| TOTAL AMT. | $9,766.00 |
| PAID TODAY | $9,766.00 |
| BALANCE DUE | $0.00 |

CONFIDENTIAL
AP 001469

# ALL PRO DISTRIBUTING, INC

15240 Raymer Street
Van Nuys, CA 91405
Tel (818) 909-2666
Fax (818) 909-2662
Email: sales@allprodist.com

**Purchase**

Purchase #    **00003394**

Ship To:

California Product International dba Fashion Jeans
10440 Pioneer Blvd
Suite 6B
Santa Fe Springs, CA 90670

ALL PRO DISTRIBUTING, INC
15240 Raymer Street
Van Nuys, CA 91405

| SALESPERSON | YOUR NO. | SHIP VIA | COL | PPD | SHIP DATE | TERMS | DATE | PG. |
|---|---|---|---|---|---|---|---|---|
| | 22673 | | X | | | C.O.D | 10/23/2007 | 1 |

| QTY. | ITEM NO. | DESCRIPTION | PRICE | UNIT | DISC % | EXTENDED | TX. |
|---|---|---|---|---|---|---|---|
| 1458 | MOT-C139 | Motorola C139 Phone | $19.00 | | | $27,702.00 | |
| | | | $22.00 | | | $6,402.00 | |
| 242 | MOT-C139-B | Motorola C139 New Phone | $24.00 | | | $5,808.00 | |

| | | |
|---|---|---|
| SALE AMT | $39,912.00 | |
| FREIGHT | $0.00 | |
| SALES TAX | $0.00 | |
| TOTAL AMT. | $39,912.00 | |
| PAID TODAY | $39,912.00 | |
| BALANCE DUE | $0.00 | |

CONFIDENTIAL
AP 001535

# ALL PRO DISTRIBUTING, INC

15240 Raymer Street
Van Nuys, CA 91405
Tel. (818) 909-2666
Fax (818) 909-2682
Email: sales@allprodist.com

**Purchase**

Purchase #:  **00003411**

**Ship To:**

California Product International dba Fashion Jeans
10440 Pioneer Blvd
Suite 6B
Santa Fe Springs, CA 90670

ALL PRO DISTRIBUTING, INC
15240 Raymer Street
Van Nuys, CA 91405

| SALESPERSON | YOUR NO. | SHIP VIA | COL | PPD | SHIP DATE | TERMS | DATE | PG. |
|---|---|---|---|---|---|---|---|---|
| | | | X | | | C.O.D. | 11/1/2007 | 1 |

| QTY. | ITEM NO. | DESCRIPTION | PRICE | UNIT | DISC % | EXTENDED | TX. |
|---|---|---|---|---|---|---|---|
| 1,453 | MOT-C139 | Motorola C139 Phone | $19.00 | | | $27,607.00 | |

|  |  |
|---|---|
| SALE AMT. | $27,607.00 |
| FREIGHT | $0.00 |
| SALES TAX | $0.00 |
| TOTAL AMT. | $27,607.00 |
| PAID TODAY | $27,607.00 |
| BALANCE DUE | $0.00 |

CONFIDENTIAL
AP 001445

# ALL PRO DISTRIBUTING, INC

15240 Raymer Street
Van Nuys, CA 91405
Tel. (818) 909-2666
Fax (818) 909-2662
Email: sales@allprodist.com

**Purchase**

Purchase #   **00003428**

Ship To:

California Product International dba Fashion Jeans
10440 Pioneer Blvd
Suite 6B
Santa Fe Springs, CA 90670

ALL PRO DISTRIBUTING, INC
15240 Raymer Street
Van Nuys, CA 91405

| SALESPERSON | YOUR NO. | SHIP VIA | COL | PPD | SHIP DATE | TERMS | DATE | PG. |
|---|---|---|---|---|---|---|---|---|
| | | Drop off | X | | 11/6/2007 | C.O.D. | 11/6/2007 | 1 |

| QTY. | ITEM NO. | DESCRIPTION | PRICE | UNIT | DISC % | EXTENDED | TX. |
|---|---|---|---|---|---|---|---|
| 1,054 | MOT-C139 | Motorola C139 Phone | $19.00 $22.50 | | | $20,026.00 $30,712.50 | |

Thank you!

| | |
|---|---|
| SALE AMT. | $50,738.50 |
| FREIGHT | $0.00 |
| SALES TAX | $0.00 |
| TOTAL AMT. | $50,738.50 |
| PAID TODAY | $50,738.50 |
| BALANCE DUE | $0.00 |

CONFIDENTIAL
AP 001538

# ALL PRO DISTRIBUTING, INC

15240 Raymer Street
Van Nuys, CA 91405
Tel. (818) 909-2666
Fax (818) 909-2662
Email: sales@allprodist.com

**Purchase**

Purchase #:  **00003432**

**Ship To:**

California Product International dba Fashion Jeans
10440 Pioneer Blvd
Suite 6B
Santa Fe Springs, CA 90670

ALL PRO DISTRIBUTING, INC
15240 Raymer Street
Van Nuys, CA 91405

| SALESPERSON | YOUR NO. | SHIP VIA | COL | PPD | SHIP DATE | TERMS | DATE | PG. |
|---|---|---|---|---|---|---|---|---|
| | | Drop off | X | | 11/7/2007 | C.O.D. | 11/7/2007 | 1 |

| QTY. | ITEM NO. | DESCRIPTION | PRICE | UNIT | DISC % | EXTENDED | TX. |
|---|---|---|---|---|---|---|---|
| 391 | MOT-C139 | Motorola C139 Phone | $19.00 | | | $7,429.00 | |

Thank you!

| | |
|---|---|
| SALE AMT. | $7,429.00 |
| FREIGHT | $0.00 |
| SALES TAX | $0.00 |
| TOTAL AMT. | $7,429.00 |
| PAID TODAY | $7,429.00 |
| BALANCE DUE | $0.00 |

CONFIDENTIAL
AP 001450

# ALL PRO DISTRIBUTING, INC

15240 Raymer Street
Van Nuys, CA 91405
Tel. (818) 909-2666
Fax (818) 909-2662
Email: sales@allprodist.com

**Purchase**

Purchase #: **00003453**

**Ship To:**

California Product International dba Fashion Jeans
10440 Pioneer Blvd
Suite 6B
Santa Fe Springs, CA 90670

ALL PRO DISTRIBUTING, INC
15240 Raymer Street
Van Nuys, CA 91405

| SALESPERSON | YOUR NO. | SHIP VIA | COL | PPD | SHIP DATE | TERMS | DATE | PG. |
|---|---|---|---|---|---|---|---|---|
| | 22701 | | x | | | C.O.D. | 11/13/2007 | 1 |

| QTY. | ITEM NO. | DESCRIPTION | PRICE | UNIT | DISC % | EXTENDED | TX. |
|---|---|---|---|---|---|---|---|
| 2,255 | MOT-C139 | Motorola C139 Phone | $19.00 | | | $42,845.00 | |

| | | |
|---|---|---|
| SALE AMT. | $42,845.00 |
| FREIGHT | $0.00 |
| SALES TAX | $0.00 |
| TOTAL AMT. | $42,845.00 |
| PAID TODAY | $42,845.00 |
| BALANCE DUE | $0.00 |

CONFIDENTIAL
AP 001440

# ALL PRO DISTRIBUTING, INC

15240 Raymer Street
Van Nuys, CA 91405
Tel. (818) 909-2666
Fax (818) 909-2662
Email: sales@allprodist.com

**Purchase**

Purchase #   **00003559**

Ship To:

California Product International dba Fashion Jeans
10440 Pioneer Blvd
Suite 6B
Santa Fe Springs, CA 90670

ALL PRO DISTRIBUTING, INC
15240 Raymer Street
Van Nuys, CA 91405

| SALESPERSON | YOUR NO. | SHIP VIA | COL. | PPD | SHIP DATE | TERMS | DATE | PG. |
|---|---|---|---|---|---|---|---|---|
| | 22746 | Drop off | X | | 12/12/2007 | C.O.D. | 12/13/2007 | 1 |

| QTY. | ITEM NO. | DESCRIPTION | PRICE | UNIT | DISC % | EXTENDED | TX. |
|---|---|---|---|---|---|---|---|
| 1,080 | MOT-C139 | Motorola C139 Phone | $19.50 | | | $21,060.00 | |

| | |
|---|---|
| SALE AMT. | $21,060.00 |
| FREIGHT | $0.00 |
| SALES TAX | $0.00 |
| TOTAL AMT. | $21,060.00 |
| PAID TODAY | $21,060.00 |
| BALANCE DUE | $0.00 |

**CONFIDENTIAL**
**AP 001390**

# ALL PRO DISTRIBUTING, INC

15240 Raymer Street
Van Nuys, CA 91405
Tel. (818) 909-2666
Fax (818) 909-2662
Email: sales@allprodist.com

**Purchase**

Purchase #:   **00003650**

Ship To:

California Product International dba Fashion Jeans
10440 Pioneer Blvd
Suite 6B
Santa Fe Springs, CA 90670

ALL PRO DISTRIBUTING, INC
15240 Raymer Street
Van Nuys, CA 91405

| SALESPERSON | YOUR NO. | SHIP VIA | COL | PPD | SHIP DATE | TERMS | DATE | PG. |
|---|---|---|---|---|---|---|---|---|
| | 22813 | Delivery | X | | 1/31/2008 | C.O.D. | 1/31/2008 | 1 |

| QTY. | ITEM NO. | DESCRIPTION | PRICE | UNIT | DISC % | EXTENDED | TX. |
|---|---|---|---|---|---|---|---|
| 830 | NK-1600 | Nokia 1600 Phones | $31.25 | | | $25,937.50 | |
| 292 | NK-1600B | Nokia 1600 GSM Phone | $31.50 | | | $9,198.00 | |

| We appreciate your business. | | |
|---|---|---|
| | SALE AMT. | $35,135.50 |
| | FREIGHT | $0.00 |
| | SALES TAX | $0.00 |
| | TOTAL AMT. | $35,135.50 |
| | PAID TODAY | $35,135.50 |
| | BALANCE DUE | $0.00 |

CONFIDENTIAL
AP 001925

# ALL PRO DISTRIBUTING, INC

15240 Raymer Street
Van Nuys, CA 91405
Tel. (818) 909-2866
Fax (818) 909-2662
Email: sales@allprodist.com

**Purchase**

Purchase #  **00003664**

Ship To:

California Product International dba Fashion Jeans
10440 Pioneer Blvd
Suite 6B
Santa Fe Springs, CA 90670

ALL PRO DISTRIBUTING, INC
15240 Raymer Street
Van Nuys, CA 91405

| SALESPERSON | YOUR NO. | SHIP VIA | COL | PPD | SHIP DATE | TERMS | | DATE | PG. |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Net 10 | | 2/11/2008 | 1 |

| QTY. | ITEM NO. | DESCRIPTION | PRICE | UNIT | DISC % | EXTENDED | TX. |
|---|---|---|---|---|---|---|---|
| 1,512 | NK-2610 | Nokia 2610 Phone | $28.50 | | | $43,092.00 | |
| 4,899 | MOT-C139 | Motorola C139 Phone | $18.00 | | | $88,182.00 | |
| 1,512 | AKTM | T-Mobile $10 Activation Kit | $12.50 | | | $18,900.00 | |

| | |
|---|---|
| SALE AMT. | $150,174.00 |
| FREIGHT | $0.00 |
| SALES TAX | $0.00 |
| TOTAL AMT. | $150,174.00 |
| PAID TODAY | $150,174.00 |
| BALANCE DUE | $0.00 |

CONFIDENTIAL
AP 000691

# ALL PRO DISTRIBUTING, INC

15240 Raymer Street
Van Nuys, CA 91405
Tel. (818) 909-2666
Fax (818) 909-2662
Email: sales@allprodist.com

**Purchase**

Purchase #:  **00003690**

Ship To:

California Product International dba Fashion Jeans
10440 Pioneer Blvd
Suite 6B
Santa Fe Springs, CA 90670

ALL PRO DISTRIBUTING, INC
15240 Raymer Street
Van Nuys, CA 91405

| SALESPERSON | YOUR NO. | SHIP VIA | COL | PPD | SHIP DATE | TERMS | DATE | PG. |
|---|---|---|---|---|---|---|---|---|
| | | | X | | | C.O.D. | 2/21/2008 | 1 |

| QTY. | ITEM NO. | DESCRIPTION | PRICE | UNIT | DISC % | EXTENDED | TX. |
|---|---|---|---|---|---|---|---|
| 2,967 | MOT-C139 | Motorola C139 Phone | $18.00 | | | $53,406.00 | |

|  |  |
|---|---|
| SALE AMT. | $53,406.00 |
| FREIGHT | $0.00 |
| SALES TAX | $0.00 |
| TOTAL AMT. | $53,406.00 |
| PAID TODAY | $53,406.00 |
| BALANCE DUE | $0.00 |

CONFIDENTIAL
AP 001427

# ALL PRO DISTRIBUTING, INC

15240 Raymer Street
Van Nuys, CA 91405
Tel. (818) 909-2686
Fax (818) 909-2662
Email: sales@allprodist.com

**Purchase**

Purchase #:   **00003697**

**Ship To:**

California Product International dba Fashion Jeans
10440 Pioneer Blvd
Suite 6B
Santa Fe Springs, CA 90670

ALL PRO DISTRIBUTING, INC
15240 Raymer Street
Van Nuys, CA 91405

| SALESPERSON | YOUR NO. | SHIP VIA | COL | PPD | SHIP DATE | TERMS | DATE | PG. |
|---|---|---|---|---|---|---|---|---|
| | | | X | | | C.O.D. | 2/22/2008 | 1 |

| QTY. | ITEM NO. | DESCRIPTION | PRICE | UNIT | DISC % | EXTENDED | TX. |
|---|---|---|---|---|---|---|---|
| 2,113 | AKTM-10Min | T-mobile 10 Minute Activation | $11.00 | | | $23,243.00 | |
| 744 | MOT-C139 | Motorola C139 Phone | $18.00 | | | $13,392.00 | |

| | |
|---|---|
| SALE AMT. | $36,635.00 |
| FREIGHT | $0.00 |
| SALES TAX | $0.00 |
| TOTAL AMT. | $36,635.00 |
| PAID TODAY | $36,635.00 |
| **BALANCE DUE** | **$0.00** |

CONFIDENTIAL
AP 000486

# ALL PRO DISTRIBUTING, INC

15240 Raymer Street
Van Nuys, CA 91405
Tel. (818) 909-2668
Fax (818) 909-2682
Email: sales@allprodist.com

**Purchase**

Purchase #:   **00003732**

**Ship To:**

California Product International dba Fashion Jeans
10440 Pioneer Blvd
Suite 6B
Santa Fe Springs, CA 90670

ALL PRO DISTRIBUTING, INC
15240 Raymer Street
Van Nuys, CA 91405

| SALESPERSON | YOUR NO. | SHIP VIA | COL | PPD | SHIP DATE | TERMS | DATE | PG. |
|---|---|---|---|---|---|---|---|---|
| | | | x | | | C.O.D. | 3/10/2008 | 1 |

| QTY. | ITEM NO. | DESCRIPTION | PRICE | UNIT | DISC % | EXTENDED | TX. |
|---|---|---|---|---|---|---|---|
| 2,000 | AKTM-10Min | T-mobile 10 Minute Activation | $10.00 | | | $20,000.00 | |
| 619 | MOT-C139 | Motorola C139 Phone | $18.50 | | | $11,451.50 | |
| 266 | NK-2610 | Nokia 2610 Phone | $27.50 | | | $7,315.00 | |
| 266 | AKTM-10Min | T-mobile 10 Minute Activation | $10.00 | | | $2,660.00 | |

| | |
|---|---|
| SALE AMT. | $41,426.50 |
| FREIGHT | $0.00 |
| SALES TAX | $0.00 |
| TOTAL AMT. | $41,426.50 |
| PAID TODAY | $41,426.50 |
| BALANCE DUE | $0.00 |

CONFIDENTIAL
AP 000498

# ALL PRO DISTRIBUTING, INC

15240 Raymer Street
Van Nuys, CA 91405
Tel. (818) 909-2666
Fax (818) 909-2662
Email: sales@allprodist.com

**Purchase**

Purchase #:   **00003735**

Ship To:

California Product International dba Fashion Jeans
10440 Pioneer Blvd
Suite 6B
Santa Fe Springs, CA 90670

ALL PRO DISTRIBUTING, INC
15240 Raymer Street
Van Nuys, CA 91405

| SALESPERSON | YOUR NO. | SHIP VIA | COL | PPD | SHIP DATE | TERMS | DATE | PG. |
|---|---|---|---|---|---|---|---|---|
| | | | X | | | C.O.D. | 3/11/2008 | 1 |

| QTY. | ITEM NO. | DESCRIPTION | PRICE | UNIT | DISC % | EXTENDED | TX. |
|---|---|---|---|---|---|---|---|
| 508 | MOT-C139 | Motorola C139 Phone | $18.50 | | | $9,398.00 | |
| 250 | | | $130.00 | | | $32,500.00 | |
| 495 | NK-2610 | Nokia 2610 Phone | $28.00 | | | $13,860.00 | |
| 495 | AKTM-10Min | T-mobile 10 Minute Activation | $9.00 | | | $4,455.00 | |

| | | |
|---|---|---|
| SALE AMT. | | $60,213.00 |
| FREIGHT | | $0.00 |
| SALES TAX | | $0.00 |
| TOTAL AMT. | | $60,213.00 |
| PAID TODAY | | $60,213.00 |
| BALANCE DUE | | $0.00 |

CONFIDENTIAL
AP 000518

# ALL PRO DISTRIBUTING, INC

15240 Raymer Street
Van Nuys, CA 91405
Tel. (818) 909-2668
Fax (818) 909-2662
Email: sales@allprodist.com

**Purchase**

Purchase #:   **00003765**

Ship To:

California Product International dba Fashion Jeans
10440 Pioneer Blvd
Suite 6B
Santa Fe Springs, CA 90670

ALL PRO DISTRIBUTING, INC
15240 Raymer Street
Van Nuys, CA 91405

| SALESPERSON | YOUR NO. | SHIP VIA | COL | PPD | SHIP DATE | TERMS | DATE | PG. |
|---|---|---|---|---|---|---|---|---|
| | | | X | | | C.O.D. | 3/21/2008 | 1 |

| QTY. | ITEM NO. | DESCRIPTION | PRICE | UNIT | DISC % | EXTENDED | TX. |
|---|---|---|---|---|---|---|---|
| 174 | NK-2610 | Nokia 2610 Phone | $29.00 | | | $5,046.00 | |
| 487 | AKTM-10Min | T-mobile 10 Minute Activation | $2.8583 | | | $1,392.00 | |
| 2,977 | MOT-C139 | Motorola C139 Phone | $18.50 | | | $55,074.50 | |

| | | |
|---|---|---|
| SALE AMT. | $61,512.50 |
| FREIGHT | $0.00 |
| SALES TAX | $0.00 |
| TOTAL AMT. | $61,512.50 |
| PAID TODAY | $61,512.50 |
| BALANCE DUE | $0.00 |

CONFIDENTIAL
AP 000515

# ALL PRO DISTRIBUTING, INC

15240 Raymer Street
Van Nuys, CA 91405
Tel. (818) 909-2666
Fax (818) 909-2692
Email: sales@allprodist.com

**Purchase**

Purchase #:   **00003789**

California Product International dba Fashion Jeans
10440 Pioneer Blvd
Suite 6B
Santa Fe Springs, CA 90670

**Ship To:**

ALL PRO DISTRIBUTING, INC
15240 Raymer Street
Van Nuys, CA 91405

| SALESPERSON | YOUR NO. | SHIP VIA | COL | PPD | SHIP DATE | TERMS | DATE | PG. |
|---|---|---|---|---|---|---|---|---|
| | | Drop off | X | | 4/2/2008 | C.O.D. | 4/2/2008 | 1 |

| QTY. | ITEM NO. | DESCRIPTION | PRICE | UNIT | DISC % | EXTENDED | TX. |
|---|---|---|---|---|---|---|---|
| 720 | NK-1600 | Nokia 1600 Phones | $32.00 | | | $23,040.00 | |
| 2 | NK-1600 | Nokia 1600 Phones | | | | | |

Thank you!

| | |
|---|---|
| SALE AMT. | $23,040.00 |
| FREIGHT | $0.00 |
| SALES TAX | $0.00 |
| TOTAL AMT. | $23,040.00 |
| PAID TODAY | $23,040.00 |
| **BALANCE DUE** | **$0.00** |

CONFIDENTIAL
AP 001928

# EXHIBIT C

# EXHIBIT C

13487952.1

1                UNITED STATES DISTRICT COURT

2      CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

3

4  TRACFONE WIRELESS, INC., a     )
    Delaware corporation,        )

5                         )
              Plaintiff,     )

6                         )
              v.          )  NO. 2:08-cv-01877

7                         )     SGL-JCR
    CALIFORNIA PRODUCTS        )

8  INTERNATIONAL, INC., a      )
    California Corporation, d/b/a  )

9  FASHION JEANS EXPORTS and   )
    d/b/a CPI COMPUTERS &       )

10  ELECTRONICS; MOHAMAD ALI    )
    KHALIL; KASEM MOHAMAD HARKOUS; )

11  and DOES 1-10,            )
                         )

12              Defendants.    )

13  _____)

14

15                     VOLUME I

16

17        Deposition of MOHAMAD KHALIL, taken on

18        behalf of the plaintiff, at 14241 East

19        Firestone Boulevard, Suite 400, La Mirada,

20        California 90638, commencing at 2:44 p.m.,

21        Thursday, July 24, 2008, before Shana K.

22        Clifford, Certified Shorthand Reporter

23        No. 10154.

24

25

**EXHIBIT**

_C_

BARKLEY
Court Reporters

```
 1    APPEARANCES OF COUNSEL:

 2    For Plaintiff:

 3              JAMES B. BALDINGER, ESQ.
              CARLTON FIELDS
 4              222 Lakeview Avenue
              Suite 1400
 5              West Palm Beach, Florida 33401
              (561) 659-7070
 6              jbaldinger@carltonfields.com

 7    For Defendants:

 8              AFTAB A. MALIK, ESQ.
              MALIK LAW OFFICES
 9              433 North Camden Drive
              Suite 600
10              Beverly Hills, California 90210
              (310) 691-8445
11              aa@maliklawoffices.com

12    Also Present:

13              CINDY TALATHAM

14

15

16

17

18

19

20

21

22

23

24

25

                            3
```

BARKLEY
Court Reporters

```
 1          LA MIRADA, CALIFORNIA; THURSDAY, JULY 24, 2008

 2                          2:44 P.M.

 3

 4          (MOHAMAD KHALIL, deponent, was sworn,

 5           examined, and testified as follows:)

 6

 7          DEPOSITION OFFICER:  Raise your right hand.

 8  Do you solemnly state that the testimony you are about

 9  to give in this matter shall be the truth, the whole

10  truth, and nothing but the truth, so help you God?

11          MR. KHALIL:  Yes, I do.

12

13                          EXAMINATION

14      Q    BY MR. BALDINGER:  Good afternoon.  Would you

15  please state your name and spell it for the record.

16      A    Mohamad, M-O-H-A-M-A-D, last name Khalil,

17  K-H-A-L-I-L.

18      Q    My name is Jim Baldinger.  We met earlier.  As

19  you know, this is your deposition in the case of

20  TracFone versus California Products, et al.  The time is

21  now 2:45.  This deposition was set to begin at 12:00

22  noon.  Before we get started, I understand you're here

23  with counsel.

24          Mr. Malik, I understand you have some concern

25  you wanted to raise, or may we proceed?
```

BARKLEY
Court Reporters

1   left.  And I have to go through my papers.

2        Q    Okay.  So two or three years ago, you said you

3   started in the cell phone business.  You found out about

4   it from Mr. Mattar, and you were selling to a number of

5   people that you mentioned.  What specifically were you

6   buying and selling in terms of cell phones at that

7   point?

8        A    Back then, majorly TracFone.

9        Q    Okay.  Do you remember which models?

10       A    You guys had the 1100, I think.  1100.  It was

11  the most popular one.  And maybe 2126.

12       Q    And when you first started in the business,

13  what sort of volumes were you trading in?  How big an

14  order would you sell at a time to Mr. Mattar or to

15  Mr. Essayli or --

16       A    I don't recall, but whatever I was getting, I

17  was selling.

18       Q    And how were they coming in to you?  Would

19  they come in in the original retail package, or were the

20  packages opened?

21       A    No, it was coming in the blister.

22       Q    Okay.  And were you -- would you alter them in

23  any way?  Did you open the package?  Did you put them in

24  boxes?  What did you do with them?

25       A    Very few -- very few times we open the

37

MOHAMAD KHALIL - VOLUME I

BARKLEY
Court Reporters

1    checks or wire.

2         Q    So other than the three -- the three customers

3    that you mentioned, anybody else outside of Los Angeles

4    that you've sold TracFones to?

5         A    Just, you know, like, TracFone, I was -- you

6    know, like, you said Yousef and the other guy, okay,

7    when you say I dealt with Yousef that many times, but

8    just we were dealing with PlayStation.  We did a little

9    bit of TracFone.  And with Mr. Patel, we did little bit

10   of TracFone.  It was not that -- it was not -- but

11   just -- we did quite a few TracFone, yes.

12        Q    Anybody else?

13        A    Outside?  No, that's it.

14        Q    Now, the people that you sold and companies

15   that you sold phones to in the Los Angeles area --

16        A    Mm-hmm.

17        Q    -- anyone other than who you've already

18   mentioned to me?

19        A    Platform, Delta, C.Tech.  Platform, Delta

20   C.Tech, Chothai, All Pro, and that's it.

21        Q    Okay.  Who was the owner of C.Tech?

22        A    His name is Hassan, H-A-S-S-A-N.

23        Q    And what's his last name?

24        A    Chaalan, C-H-A-A-L-A-N.

25        Q    And how did you come in contact with him?

44

BARKLEY
Court Reporters

1        A    Major.  Major, 95 percent, 98 percent.

2        Q    What about the other 5 percent?

3        A    I have no idea.  I have to go through my

4    papers, but I think all of it was from those people,

5    yes.

6        Q    Okay.  And when we come back after we get your

7    papers, we'll be able to have a more intelligent

8    discussion about this.

9        A    Mm-hmm.

10        Q    Did you ever buy TracFones directly from a

11    retail store, from a Wal-Mart or a Target?

12        A    Well, Mr. Hussein, who is my employee, used

13    the seller's permit, the seller permit of the company,

14    which is we have a resale number.  We use this to buy

15    not only TracFone, we used to buy it -- we use it to buy

16    TracFone.  We use to buy T-mobile on it.  We use to buy

17    Wii right now, PS3, anything that Wal-Mart and Target

18    and the law of California allow us to buy without paying

19    sales tax.

20        Q    Okay.

21        A    And just when they accept my resale number,

22    they're aware that I am buying it to resell it.  Because

23    the law of California, when you want to buy something,

24    you give your resale number to the -- whoever you're

25    buying from so they void the sales tax.  So they don't

49

MOHAMAD KHALIL - VOLUME I

BARKLEY
Court Reporters

1    give him.

2         Q     And how many would he go and buy at a time?

3         A     Depend on the store.   Sometimes the manager

4    will give him everything.   Sometimes they give him 100

5    for one store.   Sometimes they give him 70, 80.

6    Sometimes they give him two.   But just most of the time,

7    of the stores that he used to go, he used to collect,

8    like, at least 20, 30, 40, 50 --

9         Q     Okay.

10        A     -- you know.

11        Q     And so how did that work?   Would you give him

12   cash?   Would you give them a credit card?   How would he

13   pay for them?

14        A     No, I give him -- most of the time when I

15   have -- let's say I give him a gift card.

16        Q     Why do you use a gift card?

17        A     I use my -- my Visa and MasterCard.   I go to

18   Target, let's say, and I tell them, "Give me gift card

19   for 10,000 or 20,000, 2,000 each, 2,000 each."   They

20   give it to me, and I give it to him, and he go and start

21   collecting phone on that gift card.

22        Q     What's better about using a gift card?   Why do

23   you use a gift card?

24        A     Sometimes we don't have enough cash, enough

25   money.   Sometimes -- it's better.   He doesn't lose it.

52

MOHAMAD KHALIL - VOLUME I

BARKLEY
Court Reporters

1    He doesn't lose it, or he doesn't -- it's better to --

2    it's safer to be like that.

3        Q    And when was the last time he went and bought

4    TracFones directly from a retail store?

5        A    I have no idea.  We're not dealing that many

6    with TracFone right now.  Not because the case.  The

7    case may be part of it, but just -- it's -- it's not

8    worth it.

9        Q    Okay.  You say you're not dealing with

10   TracFones right now.

11       A    Yeah.  Very few, like maybe 1 percent of the

12   business, you know.  And what's stopping me from

13   stopping this business is the case.  Because the case

14   still going on, that's why I'm still in business,

15   because the court did not ask me to stop.  If the judge

16   would ask me or if we settled tomorrow, yes, I would

17   stop.  I don't -- you know, it's not a big issue for me

18   to stop.

19       Q    So as we sit here today, you're still

20   transacting in TracFones?

21       A    It is not -- yeah, very, very, very few.

22   Almost nothing, but just -- yes, if somebody offer me

23   good merchandise I can sell and I can make money.  And

24   right now, yes, I'm in business if I have the

25   opportunity to make money, as long as it's not illegal

                              53

MOHAMAD KHALIL - VOLUME I

BARKLEY
Court Reporters

1    yet.

2         Q    Who are you selling them to now?

3         A    I offer, let's say -- let's say Mr. Essayli

4    wants to buy.  I sell to Mr. Essayli.  Let's say I

5    collect phone and Mr. Essayli -- I bought from

6    Mr. Essayli, let's say, couple days ago.  I bought some

7    TracFone, which is I still have.  I did not sell.

8         Q    How many do you have on hand right now?

9         A    Maybe, like, 1,500-plus, more or less.

10        Q    What model are they?

11        A    The C139.

12        Q    And you bought them from Mr. Essayli?

13        A    I bought them from Mr. Essayli.

14        Q    Okay.  Because I think when you testified

15   earlier, you were saying that he was one of your

16   customers that you would sell phones to.

17        A    No, I sell and I buy from.  It's not only

18   selling.  It's not only buying.  It's -- sometimes I can

19   sell.  Sometimes I can -- let's say this one we trade.

20   Let's say he has something I want to get rid of and he

21   has something he wants to get rid of.  We trade.  I

22   don't have a customer for it yet.  I'm hoping that I

23   will have a customer later on for it.

24        Q    And how do you go about finding a customer for

25   those?

54

BARKLEY
Court Reporters

1   look for customer for it later on.  You know, it's just

2   sometimes it works with you; sometimes it goes against

3   you.  Sometimes he has limited order, but just I don't

4   work on orders.

5      Q    So you would -- would you wait until you

6   actually had the phones --

7      A    Then I start to offer it, yes.

8      Q    And so when you call up -- you say you call

9   someone and offer them the phones and you'd reach a

10  deal.  What happens next?

11     A    Nothing.  Just -- before the lawsuit, it was

12  an option to -- if it's okay, to open it for him.  After

13  the lawsuit, when the judge order to keep all the

14  evidence and he considered the blister part of the

15  evidence, we stop selling it without the blister.  I

16  stopped totally.  You know, like, he want it, he doesn't

17  want it, I don't want to touch the phone.

18     Q    So you're saying you stopped taking them out

19  of the package?

20     A    Yeah.  Before this lawsuit, I didn't care if I

21  take it out or if I keep it.  That's why most of the

22  time, I sell it with the blister.  Most of our

23  merchandise used to go to All Pro.  All Pro will provide

24  you with all the invoices I did.  So I sold All Pro a

25  lot of TracFone; okay?  And he has all the record for

124

BARKLEY
Court Reporters

1    it.  So this merchandise that I sold to All Pro, I used

2    to sell it as is.  Come in blister, goes in blister.  I

3    don't have to open.  I don't have to go through any of

4    this stuff.  So -- and I used to call -- what's his

5    name?  Sean.  I used to go, "Sean, what?  Are you buying

6    C139?"  He used to tell me, "Okay, yes.  How many?"  I

7    said, "One thousand, two thousand, three thousand."

8    "Okay, bring them over."  Put it on the truck and just

9    take it to Sean.  That's it.  Same thing with Platform.

10   What I dealt, I dealt majorly with the TracFone.

11   Platform and All Pro.

12        Q    And not Delta?

13        A    Not that many with Delta.

14        Q    Why?

15        A    You know, like, when it comes to market, you

16   know who pay more or who can just -- it's -- that's the

17   way it goes.

18        Q    So once you reached an agreement, you talked

19   on the phone, he said, "Yeah, I want a thousand," and

20   you say, "Okay, I've got a thousand," who would prepare

21   the invoice?

22        A    I -- I do.

23        Q    And was it like the purchase order, on a

24   preprinted --

25        A    No, it's different, different type.

125

MOHAMAD KHALIL - VOLUME I

BARKLEY
Court Reporters

```
 1    I go do the business so my life get better, not to

 2    just -- to ruin my life.

 3         Q    So what's your plan now?  You're just going to

 4    continue doing --

 5         A    I -- my plan right now is to just finish with

 6    this case and just go relax for a couple of months,

 7    maybe go back -- have big vacation with my family, going

 8    back to Lebanon for two, three months, four months, then

 9    come back later on.

10         Q    But I mean, in terms of your business, what

11    are you thinking about doing?

12         A    Oh, business?  There's too many opportunity.

13    I have couple opportunity that I'm working on, but it

14    has nothing to do with cell phone or with anything else.

15         Q    Now, we've been talking a lot about TracFones.

16    Are you familiar with NET10 phones?

17         A    It's the same, same company.

18         Q    So when we've referred to TracFones here

19    today --

20         A    It's both.

21         Q    -- we both understand each other, that we

22    mean --

23         A    We mean NET10 and TracFone.

24         Q    When I was asking you about what models of

25    TracFones you sold when you first started in the
```

131

MOHAMAD KHALIL – VOLUME I

BARKLEY
Court Reporters

1    business, I think you said 1100 and 2126?

2        A    1100, 2126, 1600, which is the NET10.  That is

3    1600.  And --

4        Q    And you also mentioned C139.

5        A    C139, the one right now that you have, yeah.

6        Q    And has that changed over time?

7        A    Well, yeah.  Well, you don't have 1100.  They

8    don't have in the store 1100.  People, they ask for

9    something to replace it with.

10       Q    And is that where your buyers -- the people

11   that you sell to, are they saying, "Stop getting me this

12   model.  Now I want this new model"?

13       A    Yeah.

14       Q    I'm sorry, you've got to say yes or no.

15       A    Yes.

16            I want to use the men's room.

17            MR. BALDINGER:  Sure.  Let's take a break.

18            (Recess taken.)

19       Q    BY MR. BALDINGER:  Do you know a company

20   called SND Wireless?

21       A    No.

22       Q    Have you ever heard of somebody named Eddie

23   Holiday --

24       A    No.

25       Q    -- in Texas?

MOHAMAD KHALIL - VOLUME I

BARKLEY
Court Reporters

# EXHIBIT D

# EXHIBIT D

13487952.1

Megan L. Wagner (California Bar No. 130752)
*megan@kohutlaw.com*
Sarah K. Kohut (California Bar No. 197655)
*sarah@kohutlaw.com*
KOHUT & KOHUT, LLP
600 Anton Blvd., Suite 1075
Costa Mesa, California 92626
Telephone: (714) 384-4130
Facsimile:  (714) 384-4131

James B. Baldinger (Florida Bar No. 869899)
*jbaldinger@carltonfields.com*
Maria Montenegro (Florida Bar No. 996084)
*mmontenegro@carltonfields.com*
Matthew A. Leish (Florida Bar No. 0054041)
*mleish@carltonfields.com*
CARLTON FIELDS, P.A.
P.O. Box 150
West Palm Beach, FL 33402-0150
Telephone: (561) 659-7070
Facsimile:  (561) 659-7368

*Attorneys for TracFone Wireless, Inc.*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACFONE WIRELESS, INC., a Delaware corporation, | Case No. 2:08-cv-01877 SGL (SSx) |
| Plaintiff, | **[PROPOSED] DEFAULT FINAL JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS** |
| v. | |
| CALIFORNIA PRODUCTS INTERNATIONAL, INC., a California corporation, d/b/a FASHION JEANS EXPORTS d/b/a CPI COMPUTERS & ELECTRONICS; MOHAMAD ALI KHALIL; KASEM MOHAMAD HARKOUS; and DOES 1-10, | Judge: Stephen G. Larson |
| Defendants. | |

1

CARLTON FIELDS,
P.A.
ATTORNEYS AT LAW
MIAMI

4660475.1

Plaintiff, TracFone Wireless, Inc. ("TracFone"), brought the above-captioned lawsuit against, defendants, California Products International, Inc. d/b/a Fashion Jeans Exports d/b/a CPI Computers & Electronics ("California Products"), Mohamad Ali Khalil ("Khalil"), and Kasem Mohamad Harkous ("Harkous") (California Products, Khalil and Harkous are collectively, the "Defendants"), alleging that the Defendants are engaged in an unlawful enterprise involving the acquisition, sale and alteration of large quantities of TracFone and TracFone's NET10 branded prepaid wireless telephones ("TracFone/NET10 Prepaid Phones" or "Phones") purchased from various retail outlets such as Wal-Mart, Target and Sam's Club, the solicitation and payment of others to bulk purchase TracFone/NET10 Prepaid Phones for Defendants' benefit, computer hacking and erasing or otherwise disabling the prepaid software ("TracFone/NET10 Prepaid Software") installed in the Phones essential for consumers to access TracFone's prepaid wireless system, or reselling the Phones to others who disable the software, and ultimately selling the altered Phones as new under TracFone's trademarks for the unauthorized use outside of the TracFone prepaid wireless system for profit (the "Bulk Resale Scheme").

TracFone/NET10 Prepaid Phones are sold subject to terms and conditions ("Terms and Conditions") which conspicuously restrict and limit the sale and use of TracFone/NET10 Prepaid Phones.  These Terms and Conditions are set forth in printed inserts that are included in the packaging with every TracFone Phone, and are also available to the public on TracFone's website.  The Terms and Conditions are also referenced in printed warnings that are placed on the outside of the retail packaging of the Phones.   The Terms and Conditions and language on the packaging constitute a valid binding contract.

Pursuant to the Terms and Conditions and the language on the packaging, purchasers of TracFone/NET10 Prepaid Phones agree: (a) to use the Phones only in

2

CARLTON FIELDS, P.A.
ATTORNEYS AT LAW
MIAMI

4660475.1

conjunction with the TracFone/NET10 prepaid wireless service; (b) not to tamper with or alter TracFone/NET10 Prepaid Phones or the Phones' software, enter unauthorized PIN numbers in the Phones, engage in any other unauthorized or illegal use of the Phones or the TracFone/NET10 service, or assist others in such acts; and (c) not to export any TracFone/NET10 Prepaid Phones outside of the TracFone/NET10 wireless system coverage area ("Coverage Area").

In violation of the Terms and Conditions, the Defendants have, among other things, unlawfully exported TracFone/NET10 Prepaid Phones to foreign countries outside of the Coverage Area or knowingly facilitated others who have done so; facilitated others to use the Phones without the TracFone/NET10 prepaid wireless service; and altered TracFone/NET10 Prepaid Phones and the Phones' software or facilitated others who have done so.

As a result of the Defendants' involvement in the Bulk Resale Scheme, TracFone asserted claims against the Defendants for federal trademark infringement, 15 U.S.C. § 1114; federal unfair competition, 15 U.S.C. § 1125; violation of Cal. Bus. & Prof. Code § 17200 *et seq.*; contributory trademark infringement; copyright infringement under 17 U.S.C. § 101 *et seq.*; circumvention of copyrighted software protection systems and, independently, trafficking in circumvention technology, as violations of the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 1201 *et seq.*; breach of contract; interference with business relationships and prospective advantages; interference with contract; dilution of TracFone's trademarks as a violation of Cal. Bus. & Prof. Code § 14200 *et seq.*; and conspiracy to induce breach of contract.

Based on the respective positions advocated by the parties, it is hereby,

**ORDERED**, **ADJUDGED** and **DECREED** that:

1.    This Court has jurisdiction over Defendants and all of the claims set forth in TracFone's Complaint.

CARLTON FIELDS,
P.A.
ATTORNEYS AT LAW
MIAMI

14660475.1

[PROPOSED] DEFAULT FINAL JUDGMENT
AND PERMANENT INJUNCTION AGAINST DEFENDANTS

2.     The Court finds that TracFone owns all right, title, and interest in and to United States Trademark Registration No. 2,114,692, issued on November 18, 1997 and based on a first use date of June 30, 1996; United States Trademark Registration No. 2,761,017, issued on September 9, 2003 and based on a first use date of December 2000; United States Trademark Registration No. 3,224,929, issued on April 3, 2007 and based on a first use date of December 31, 2005; United States Trademark Registration No. 3,222,623, issued on March 27, 2007 and based on a first use date of December 31, 2005; United States Trademark Registration No. 3,118,250, on July 18, 2006 and based on a first use date of March 1, 2005; United States Trademark Registration No. 3,255,754, issued on June 26, 2007 and based on a first use date of December 31, 2005; United States Trademark Registration No. 3,253,506, issued on June 19, 2007 and based on a first use date of December 31, 2005; and United States Trademark Registration No. 3,251,389, issued on June 12, 2007 and based on a first use date of December 31, 2005 (collectively the "TracFone Trademarks").

3.     The TracFone Trademarks are valid, distinctive, protectable, famous, have acquired secondary meaning and are associated exclusively with TracFone. The Court finds that the trademark registered under Registration No. 2,114,692 is incontestable.

4.     The Court further finds that TracFone holds a valid and enforceable copyright registration, TX 6-515-894, on the TracFone Prepaid Software.

5.     The Court finds that the Defendants' involvement in the Bulk Resale Scheme constitutes federal trademark infringement, 15 U.S.C. § 1114; federal unfair competition, 15 U.S.C. § 1125; violation of Cal. Bus. & Prof. Code § 17200 *et seq.*; contributory trademark infringement; copyright infringement under 17 U.S.C. § 101 *et seq.*; circumvention of copyrighted software protection systems and, independently, trafficking in circumvention technology, as violations of the

CARLTON FIELDS, P.A.
ATTORNEYS AT LAW
MIAMI

14660475.1

4
[PROPOSED] DEFAULT FINAL JUDGMENT
AND PERMANENT INJUNCTION AGAINST DEFENDANTS

Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 1201 *et seq.*; breach of contract; interference with business relationships and prospective advantages; interference with contract; dilution of TracFone's trademarks as a violation of Cal. Bus. & Prof. Code § 14200 *et seq.*; and conspiracy to induce breach of contract.

6.     The Court finds that the Terms and Conditions constitute a valid binding contract enforceable against Defendants.    The Court finds that (a) facilitating others to use TracFone/NET10 Prepaid Phones in conjunction with service providers other than TracFone, (b) tampering with or altering TracFone/NET10 Prepaid Phones or the Phones' software, entering unauthorized PIN numbers in the Phones for purposes of unlocking or reflashing the Phones, or facilitating others in such acts, and/or (c) exporting TracFone/NET10 Prepaid Phones outside of the Coverage Area, or assisting others in such acts, respectively, constitute independent breaches of contract for which TracFone is entitled to relief.

7.     The Court further finds that the Defendants' participation in the Bulk Resale Scheme has caused substantial and irreparable harm to TracFone, and will continue to cause substantial and irreparable harm to TracFone unless enjoined.

8.     TracFone is entitled to injunctive relief and damages on all of the claims set forth in the Complaint.

9.     On November 27, 2006, the Librarian of Congress, upon the recommendation of the Register of Copyrights, issued a Final Rule setting forth six (6) classes of copyrighted works that are exempt from the provisions of the DMCA, including:

> Computer programs in the form of firmware that enable wireless telephone handsets to connect to a wireless telephone communication network, when circumvention is accomplished for the sole purpose of lawfully connecting to a wireless telephone communication network.

71 Fed. Reg. 68472 (Nov. 27, 2006) (amending 37 C.F.R. § 201.40(b)). The Court finds that this new exemption does not absolve the Defendants of liability for their

CARLTON FIELDS, P.A.
ATTORNEYS AT LAW
MIAMI

14660475.1

5
[PROPOSED] DEFAULT FINAL JUDGMENT
AND PERMANENT INJUNCTION AGAINST DEFENDANTS

violations of the DMCA as alleged in TracFone's complaint, because the Defendants' conduct as alleged in this case does not come within the scope of the new exemption. The Defendants' purchase and resale of the TracFone handsets was for the purpose of reselling those handsets for a profit, and not "for the sole purpose of lawfully connecting to a wireless telephone communication network." Because the exemption does not apply to the conduct alleged in this case, there is no need for the Court to address the validity of the exemption or the circumstances surrounding its enactment.

10. Final judgment is hereby entered against Defendants, California Products International, Inc. d/b/a Fashion Jeans Exports d/b/a CPI Computers & Electronics, Mohamad Ali Khalil, and Kasem Mohamad Harkous, and in favor of the Plaintiff, TracFone Wireless, Inc., on all of the claims set forth in TracFone's complaint.

11. Pursuant to 17 U.S.C. § 1203(c)(3)(A), TracFone is entitled to recover, jointly and severally, from Defendants, statutory damages "of not less than $200 or more than $2,500" for each TracFone/NET10 Prepaid Phone Defendants altered, or sold as part of a conspiracy to alter, in furtherance of the Bulk Resale Scheme, for Defendants' violation of the DMCA. The Court finds that Defendants altered, or sold as part of a conspiracy to alter, twenty-five thousand two hundred and twenty-eight (25,228) TracFone/NET10 Prepaid Phones in furtherance of the Bulk Resale Scheme in violation of the DMCA. Final Judgment is therefore entered in favor of TracFone Wireless, Inc. against Defendants, California Products International, Inc. d/b/a Fashion Jeans Exports d/b/a CPI Computers & Electronics, Mohamad Ali Khalil, and Kasem Mohamad Harkous, jointly and severally, in the principal amount of _____, which shall bear interest at the legal rate, for which let execution issue forthwith.

CARLTON FIELDS,
P.A.
ATTORNEYS AT LAW
MIAMI

14660475.1

6
[PROPOSED] DEFAULT FINAL JUDGMENT
AND PERMANENT INJUNCTION AGAINST DEFENDANTS

12.     TracFone is also entitled to recover its costs and reasonable attorneys' fees incurred in bringing this action as a prevailing party pursuant to 17 U.S.C. § 1203(b)(4)-(5).   Should TracFone decide to pursue recovery of its reasonable attorneys' fees and costs, TracFone shall submit proof thereof in accordance with Rule 54 of the Federal Rules of Civil Procedure.

13.     Defendants, and each and all of Defendants' past and present respective officers, directors, successors, assigns, parents, subsidiaries, affiliates, related companies, predecessors-in-interest, agents, employees, attorneys, accountants, investigators, consultants, heirs, personal representatives, beneficiaries, relatives, and all other persons or entities acting or purporting to act for him/her/it or on his/her/its behalf, including but not limited to any corporation, partnership, proprietorship or entity of any type that is in any way affiliated or associated with any Defendant or any Defendant's representatives, agents, assigns, parent entities, employees, independent contractors, accountants, attorneys, associates, servants, affiliated entities, and any and all persons and entities in active concert and participation with any Defendant who receive notice of this Order, shall be and hereby are PERMANENTLY ENJOINED from:

a.  purchasing and/or selling any wireless mobile phone that they know or should know bears any TracFone Trademark, any other trademark owned or used by TracFone, or any other model of wireless mobile phone sold or marketed by TracFone ("TracFone/NET10 Handsets"). Specifically, the Defendants are enjoined from purchasing and/or selling all models of TracFone/NET10 Handsets currently offered for sale by TracFone, or that may be offered for sale in the future, as listed and updated from time to time on TracFone's and NET10's websites, http://tracfone.com/activation_pick_brand.jsp  and  www.net10.com, including without limitation the following TracFone/NET10 handsets:

7
[PROPOSED] DEFAULT FINAL JUDGMENT
AND PERMANENT INJUNCTION AGAINST DEFENDANTS

CARLTON FIELDS, P.A.
ATTORNEYS AT LAW
MIAMI

14660475.1

| | | |
|---|---|---|
| Motorola W175 | Motorola V170 | Nokia 1221 |
| Motorola W260g | Motorola V171 | Nokia 1600 |
| Motorola W376g | Motorola C155 | Nokia 2285 |
| Motorola W370R | Motorola C343 | LG 400G |
| Motorola W370 | Motorola V60i | LG 3280 |
| Motorola W375 | Nokia 2126 | LG CG225 |
| Motorola C261 | Nokia 2126i | LG 1500 |
| Motorola C139 | Nokia 2600 | LG 200C |
| PINK Motorota C139 | Nokia 1100 | LG 300 |
| Motorola V176 | Nokia 1112 | Kyocera K126C |

   b.  reflashing and/or unlocking of any TracFone/NET10 Handset;

   c.  accessing, altering, erasing, tampering with, deleting or otherwise disabling TracFone's proprietary prepaid cellular software contained within any and all models of TracFone/NET10 Handsets;

   d.  facilitating or in any way assisting other persons or entities who Defendants know or should know are engaged in reflashing and/or unlocking TracFone/NET10 Handsets and/or hacking, altering, erasing, tampering with, deleting or otherwise disabling the software installed in TracFone/NET10 Handsets;

   e.  facilitating or in any way assisting other persons or entities who Defendants know or should know are engaged in any of the acts prohibited under this permanent injunction including, without limitation, the buying and/or selling of unlocked TracFone/NET10 Handsets; and

   f.  knowingly using the TracFone Trademarks or any other trademark owned or used by TracFone, or that is likely to cause confusion with TracFone's Trademarks, without TracFone's prior written authorization.

[PROPOSED] DEFAULT FINAL JUDGMENT
AND PERMANENT INJUNCTION AGAINST DEFENDANTS

CARLTON FIELDS,
P.A.
ATTORNEYS AT LAW
MIAMI

14660475.1

14.   The last known addresses of Defendant, California Products International, Inc. d/b/a Fashion Jeans Exports d/b/a CPI Computers & Electronics, is 10440 Pioneer Boulevard, Suite No. 6B, Santa Fe Springs, California  90670 and 7182 Luxor Street, Unit A, Downey, California, 90241.

15.   The last known address of Defendant, Mohamad Ali Khalil, is 7182 Luxor Street, Unit A, Downey, California, 90241.

16.   The last known address of Defendant, Kasem Mohamad Harkous, is 7182 Luxor Street, Unit A, Downey, California, 90241.

17.   The address of Plaintiff, TracFone Wireless, Inc. is 9700 N.W. 112th Avenue, Miami, Florida 33178.

18.   The Court retains jurisdiction over this matter and the parties hereto in order to enforce any violation of the terms of this Permanent Injunction by a finding of contempt and an order for payment of compensatory damages to TracFone Wireless, Inc. in an amount of $5,000 for each TracFone/NET10 Handset that a Defendant is found to have purchased, sold, or unlocked in violation of this injunction.  The Court finds that these amounts will serve to compensate TracFone for its losses in the event a Defendant violates the terms of this Order.

19.   The prevailing party in any proceeding to enforce compliance with the terms of this Permanent Injunction shall be entitled to an award of its attorneys' fees and costs.

DONE AND ORDERED in Los Angeles, Orange County, California, this ___ day of _____, 200__.


_____
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:

Counsel and *pro se* parties of record

[PROPOSED] DEFAULT FINAL JUDGMENT
AND PERMANENT INJUNCTION AGAINST DEFENDANTS

CARLTON FIELDS,
P.A.
ATTORNEYS AT LAW
MIAMI

14660475.1