Megan L. Wagner (California Bar No. 130752)
*megan@kohutlaw.com*
Sarah K. Kohut (California Bar No. 197655)
*sarah@kohutlaw.com*
KOHUT & KOHUT, LLP
600 Anton Blvd., Suite 1075
Costa Mesa, California 92626
Telephone: (714) 384-4130
Facsimile:  (714) 384-4131

James B. Baldinger (Florida Bar No. 869899)
*jbaldinger@carltonfields.com*
(Admitted *pro hac vice*)
CARLTON FIELDS, P.A.
P.O. Box 150
West Palm Beach, FL 33402-0150
Telephone: (561) 659-7070
Facsimile:  (561) 659-7368

*Attorneys for TracFone Wireless, Inc.*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACFONE WIRELESS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA PRODUCTS INTERNATIONAL, INC., a California corporation, d/b/a FASHION JEANS EXPORTS d/b/a CPI COMPUTERS & ELECTRONICS; MOHAMAD ALI KHALIL; KASEM MOHAMAD HARKOUS; and DOES 1-10,<br><br>Defendants. | Case No. 2:08-cv-01877 SGL (SSx)<br><br>**PLAINTIFF'S EX PARTE APPLICATION FOR ENTRY OF JUDGMENT ON SANCTIONS ORDERS AGAINST ATTORNEY AFTAB MALIK**<br><br>Judge: Stephen G. Larson<br>Courtroom:  1 (Riverside) |

1
PLAINTIFF'S EX PARTE APPLICATION FOR ENTRY OF JUDGMENT
ON SANCTIONS ORDERS AGAINST ATTORNEY AFTAB MALIK

5001091.2

TO THE HONORABLE COURT AND DEFENDANTS AND THEIR ATTORNEYS OF RECORD IN THE ABOVE CAPTIONED MATTER:

PLEASE TAKE NOTICE that, Plaintiff applies ex-parte for leave to move this Court for entry of judgment of its December 3, 2008 and February 9, 2009 sanctions orders against Aftab Malik ("Malik").

Pursuant to Rule 58(d) of the Federal Rules of Civil Procedure, Plaintiff will and hereby does move this Court for entry of judgment on outstanding sanctions orders awarded by this Court on the following grounds:

1. On September 30, 2008, TracFone moved for an order compelling documents responses and for sanctions [DE 44]. Malik did not file any opposition to TracFone's motion and Malik did not appear at the hearing on the motion [DE 49]. On December 1, 2008 the Court imposed sanctions because of Malik's "unprofessional conduct demonstrated by his failure to file any responses to the discovery requests, his failure to participate in the meet and confer process, his failure to file any response to the pending Motion, and his failure to appear at the hearing on the Motion." *Id.*

2. At the hearing the Court ordered Malik to make payment of **$2,741.50** be made within 14 days of the date of the Order (by December 17, 2008).

3. Malik has failed to pay this sanction.

4. TracFone filed a second Motion for Sanctions on October 16, 2008 (the "Second Motion")[DE 46] and on February 9, 2009, the Court granted the Second Motion and awarded TracFone **$16,271.22** solely against Malik, and ordered Malik to pay TracFone this sanction by March 8, 2009 [DE 53].

5. Malik has failed to pay this sanction.

6. On April 20, 2009, the Court order Malik to appear and explain why he had not complied with the second Court-ordered sanction of **$16,271.22**. After

2
PLAINTIFF'S EX PARTE APPLICATION FOR ENTRY OF JUDGMENT
ON SANCTIONS ORDERS AGAINST ATTORNEY AFTAB MALIK

CARLTON FIELDS, P.A.
ATTORNEYS AT LAW
MIAMI

5001091.2

Malik failed to appear at the hearing the Court issued a bench warrant for his arrest [DE 68].

7. Despite the fact that sanctions were first awarded more than six months ago, Attorney Malik has not made either sanctions payment, nor has he ever attempted to contact TracFone or its counsel to discuss this issue.

WHEREFORE, for the reasons set forth herein, TracFone respectfully requests that this Court enter judgment against Attorney Aftab Malik, and in favor of the Plaintiff, TracFone Wireless, Inc., a Delaware corporation, on the sanctions imposed against Attorney Aftab Malik, in the principal amount of NINETEEN THOUSAND TWELVE DOLLARS AND SEVENTY-TWO CENTS ($19,012.72).

Respectfully submitted this __th day of May 2009.

CARLTON FIELDS, P.A.
ATTORNEYS AT LAW
MIAMI

15001091.2

3
PLAINTIFF'S EX PARTE APPLICATION FOR ENTRY OF JUDGMENT
ON SANCTIONS ORDERS AGAINST ATTORNEY AFTAB MALIK

| | |
|---|---|
| 1 | <u>s/  *James B. Baldinger*</u> |
| 2 | |
| 3 | **KOHUT & KOHUT, LLP** |
|   | Megan L. Wagner |
| 4 | California Bar No. 130752 |
|   | Sarah K. Kohut |
| 5 | California Bar No. 197655 |
| 6 | 600 Anton Blvd., Suite 1075 |
|   | Costa Mesa, California 92626 |
| 7 | Telephone: (714) 384-4130 |
| 8 | Facsimile:  (714) 384-4131 |
|   | Email:  <u>megan@kohutlaw.com</u> |
| 9 |          <u>sarah@kohutlaw.com</u> |
| 10 | |
|    | **CARLTON FIELDS, P.A.** |
| 11 | James B. Baldinger, Trial Counsel |
|    | Florida Bar Number 869899 |
| 12 | P.O. Box 150 |
| 13 | West Palm Beach, FL 33402-0150 |
|    | Telephone: (561) 659-7070 |
| 14 | Facsimile:  (561) 659-7368 |
| 15 | Email:  <u>jbaldinger@carltonfields.com</u> |
|    | *Attorneys for TracFone Wireless, Inc.* |

CARLTON FIELDS, P.A.
ATTORNEYS AT LAW
MIAMI

15001091.2

4
PLAINTIFF'S EX PARTE APPLICATION FOR ENTRY OF JUDGMENT
ON SANCTIONS ORDERS AGAINST ATTORNEY AFTAB MALIK

## CERTIFICATION

Pursuant to Local Rule 7-3, counsel for TracFone has in good faith conferred with Defendants' current counsel of record,, Hussain A. Chahine, Esq, regarding the substance of Plaintiff's Motion for Entry of Judgment On Sanctions Owed By Attorney Aftab Malik.  Defendants' counsel has not objected to Plaintiff filing the instant Motion.  Pursuant to L.R. 7-19, TracFone states that Defendants current counsel of record is Hussain A. Chahine, Esq. of Chahine & Associates, 33 S. Catalina Avenue, Suite 202, Pasadena, CA  91106.

TracFone also attempted to confer with Defendants' prior counsel, Aftab Malik, Esq. concerning this motion; however, Mr. Malik could not be reached and did not return any messages left for him.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of May, 2009, a true and correct copy of the foregoing was served (1) upon Defendants' counsel of record, Hussein A. Chahine, Esq. Chahine & Associates, AMC33 South Catalina Avenue, Suite 202 Pasadena, California 91106, Telephone: (626) 486-0154 via CM/ECF, and (2) upon Defendants' prior counsel, Aftab Malik,  via CM/ECF  and via United States mail at his last known address: Aftab A. Malik, Esquire, 433 North Camden Drive, Suite No. 600, Beverly Hills, California   90210, Telephone No. (310) 691-8445, Facsimile No.(310) 388-3240, aa@Maliklawoffices.com.

*/s/ James Baldinger*
Attorney